**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| IN RE:  James Butcher | § | CASE NO.   23-34075-H4-13 |
| | § | |
| DEBTOR(S) | § | (Chapter 13) |

**STATEMENT OF ATTORNEY FOR DEBTOR**
**PURSUANT TO 11 U.S.C. § 329(a) AND BANKRUPTCY RULE 2016(b)**

The undersigned, pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), states as follows:

I, Reese W. Baker, am the attorney for the above-references debtor(s)(whether one or more, "Debtor"). My address is 950 Echo Lane, Suite 300, Houston, Texas 77024.

1. The source of payments to be made to me will be from the Debtor.

2. The compensation paid, or agreed to be paid, to me or Baker & Associates, (the "Firm") within one year before the date of the filing of the petition, for services rendered or to be rendered in contemplation of or in connection with the above referenced case is as follows:

   A.   Prior to the filing of this statement, I have received the amount set forth below.

   B.   For post-petition legal services, the Debtor has agreed to compensate me and the Firm in accordance with its normal billing practices.  The normal billing practices include billing each attorney, paralegal, or employee for time and expenses incurred in the case.  The time for each attorney, paralegal, or employee is based on the hours worked at the then hourly billing rate of such person.  Additionally, the Debtor has agreed to pay for reasonable and necessary expenses incurred in rendering legal services

to the Debtor, including, but not limited to, postage, photocopying, faxing, messenger services, long distance charges, depositions, legal research, and filing fees. The rates for the attorneys and paralegals on the date of the filing of this statement are attached as an exhibit.

3. The services rendered or to be rendered include the following:

   A. Analysis of the financial situation, and rendering advice and assistance to the Debtor in determining whether to file a petition under Title 11, United States Code;

   B. Advising the Debtor with respect to its duties and responsibilities;

   C. Preparation and filing of all appropriate petitions, schedules of assets and liabilities, statements of affairs, answers, motions and other legal papers;

   D. Representation of the Debtor at the meeting of creditors and such other services as may be required during the course of the bankruptcy case;

   E. Representing the Debtor in all proceedings before the Court and in any other judicial or administrative proceeding where the rights of the Debtor may be litigated or otherwise affected;

   F. Preparation and filing of a plan and any related documents with the plan; and

   G. Assistance to the Debtor in any matters relating to or arising out of the captioned case.

5. I and the Firm have not shared or agreed to share with any person, other than with the members, employees, and of counsel attorneys of the Firm, any compensation or reimbursement to be paid by the Debtor in connection with this case.

6. Prior to the filing of this statement, and after the filing of any prior statements, if any, the Firm has received the following for the above case: $ 3,650.00 between 09/14/23 and

10/21/2023 for legal fees. Counsel has also received $ 37.00 for credit report to be paid to Credit Infonet. Counsel has also received $313.00 for filing fees to be paid to Clerk of Court.

DATED:   October 30, 2023

                                Respectfully submitted,

                                */s/ Reese W. Baker*

                                Reese W. Baker
                                950 Echo Lane, Suite 300
                                Houston, TX 77024
                                (713) 869-9200
                                (713) 869-9100-Fax

**BAKER & ASSOCIATES**
**FEE/RATE SCHEDULE**

<u>Attorneys</u>

| | | |
|---|---|---|
| Reese W. Baker | RWB | $450 |
| Sonya Kapp | SK | $450 |
| Nikie Marie Lopez-Pagan | NL | $425 |

<u>Paralegals</u>

| | | |
|---|---|---|
| Tammy Chandler | TC | $135 |
| Alfredo Cruz | AC | $150 |
| Jennifer Hunt | JH | $125 |
| Maria Jimenez | MJ | $125 |
| Yesenia Lila | YL | $150 |
| Gabby Martinez | GM | $150 |
| Susanne Taylor | ST | $150 |
| Dee Wright | DW | $150 |

Rates are subject to periodic adjustments and new attorneys or paralegals.