IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:  BUTCHER, JAMES DOUGLAS | § § § § | CASE NO. 23-34075-H4-13 |
| DEBTOR(S) | | CHAPTER 13 |

## DEBTOR'S CERTIFICATION REGARDING NECESSITY OF FILING PAYMENT ADVICES

    My name is James Douglas Butcher; I am a debtor in this bankruptcy case. I declare that I did not receive any payment advices or other evidence of payment from any employer during the 60 days before the date of the filing of the bankruptcy petition.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:  November 6, 2023

*/s/ James Douglas Butcher*
James Douglas Butcher
