UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

*In Re:*

Chapter 13
Case No. 23-34075-H4-13

JAMES DOUGLAS BUTCHER, **Debtor,**
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, **Creditor,**

---

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

---

Comes now BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP pursuant to

Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and

Demand for Service of Papers as Counsel for JPMORGAN CHASE BANK, NATIONAL

ASSOCIATION, party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in

any cases consolidated herewith, and all papers served or required to be served in this case and

in any cases consolidated herewith, be given to and served upon the undersigned attorneys at

the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
(972) 386-5040

This request encompasses all notices and pleadings including, without limitation,

notices of any orders, motions, pleadings or requests, formal or informal applications,

disclosure statement or plan of reorganization or any other documents brought before this

Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel

for  JPMORGAN CHASE BANK, NATIONAL ASSOCIATION with any summons and

complaint or any service of process under Bankruptcy Rule 7001, et. seq.  The undersigned

firm will not accept service of process in any adversary case for JPMORGAN CHASE BANK,

NATIONAL ASSOCIATION.

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, additionally requests that

the Debtor and the Clerk of the Court place the name and address of the undersigned attorney

on any mailing matrix to be prepared or existing in the above-numbered case, and on any list

of creditors to be prepared or existing in the above-numbered bankruptcy case.

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ JEFF FLEMING                                        11/07/2023
JEFF FLEMING
TX NO. 24034442
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
Telephone: (972) 341-5322
Facsimile: (972) 661-7725
E-mail:  SDECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 07, 2023, a true and correct copy of the Notice of

Appearance and Request for Duplicate Notice was served via electronic means as listed on the

Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ JEFF FLEMING                                        11/07/2023
　　　JEFF FLEMING
　　　TX NO. 24034442
　　　4004 Belt Line Rd Ste. 100
　　　ADDISON, TX 75001
　　　Telephone: (972) 341-5322
　　　Facsimile: (972) 661-7725
　　　E-mail: SDECF@BDFGROUP.COM
　　　ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
JAMES DOUGLAS BUTCHER
480 KIRBY RD
SEABROOK, TX 77586-5201

**DEBTOR'S ATTORNEY:**
REESE W BAKER
950 ECHO LANE
SUITE 300
HOUSTON, TX  77024

**TRUSTEE:**
DAVID PEAKE
9660 HILLCROFT, SUITE 430
HOUSTON, TX  77096-3856