| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | James Douglas Butcher<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–5368<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Southern District of Texas | Date case filed for chapter: 13   10/23/23 |
| Case number: | 23–34075 | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James Douglas Butcher | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 480 Kirby Rd<br>Taylor Lk Vlg, TX 77586–5201 | |
| 4. | **Debtor's attorney**<br>Name and address | Reese W Baker<br>Baker & Associates<br>950 Echo Lane<br>Suite 300<br>Houston, TX 77024 | Contact phone 713–869–9200<br>Email: courtdocs@bakerassociates.net |
| 5. | **Bankruptcy trustee**<br>Name and address | David Peake<br>Chapter 13 Trustee<br>9660 Hillcroft<br>Suite 430<br>Houston, TX 77096–3856 | Contact phone 713–283–5400<br>Email: court@peakech13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br>Contact phone (713) 250–5500<br>Date: 11/15/23 |

For more information, see page 2

Debtor **James Douglas Butcher** Case number **23–34075**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 8, 2023 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Telephone Conference, Call 866–919–0675, passcode 1129901** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/6/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/2/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/22/24** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 23-34075-cml
James Douglas Butcher  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 3
Date Rcvd: Nov 15, 2023      Form ID: 309I      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James Douglas Butcher, 480 Kirby Rd, Taylor Lk Vlg, TX 77586-5201 |
| aty | + | Jeffrey Michael Fleming, Barrett Daffin Frappier Turner & Engel, 1900 St James, Ste 500, Houston, Tx 77056-4125 |
| 12572785 | + | Baker & Associates, 950 Echo Ln. Ste. 300, Houston, TX 77024-2824 |
| 12572787 | + | Capital One Auto Finance, P. O. Box 660068, Dallas, TX 75266-0068 |
| 12572792 | | John Resendez, 425 Soledad St Ste 600, San Antonio, TX 78205-1558 |
| 12572795 | | Margaret McCarty Young, c/o Cavyn Sanders, Abby Newton, 24 Greenway Plz Ste 2050, Houston, TX 77046-2445 |
| 12572794 | | Margaret McCarty Young, c/o Weycer, Kaplan, Pulaski and Zuber, 24 Greenway Plz Ste 2050, Houston, TX 77046-2445 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: courtdocs@bakerassociates.net | Nov 15 2023 20:22:00 | Reese W Baker, Baker & Associates, 950 Echo Lane, Suite 300, Houston, TX 77024 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Nov 15 2023 20:23:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| cr | | Email/Text: BNCnotices@bdfgroup.com | Nov 15 2023 20:23:00 | JPMorgan Chase Bank, National Association, c/o BDFTE, LLP, 4004 Belt Line Rd Ste. 100, Addison, TX 75001 |
| cr | + | EDI: AISACG.COM | Nov 16 2023 01:09:00 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 12572783 | + | EDI: GMACFS.COM | Nov 16 2023 01:09:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 12572784 | + | Email/PDF: bncnotices@becket-lee.com | Nov 15 2023 20:36:55 | Amex, 200 Vesey Street, New York, NY 10285-1000 |
| 12572786 | | EDI: CAPITALONE.COM | Nov 16 2023 01:09:00 | Capital One, 1680 Capital One Dr, Mc Lean, VA 22102-3407 |
| 12572789 | + | EDI: CITICORP.COM | Nov 16 2023 01:09:00 | Citibank/Sears, Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 12572790 | | EDI: CITICORP.COM | Nov 16 2023 01:09:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 12572791 | + | Email/Text: Loan.Recovery@frostbank.com | Nov 15 2023 20:23:00 | Frost Bank, P.O. Box 1600, San Antonio, TX 78296-1600 |
| 12573337 | | EDI: IRS.COM | Nov 16 2023 01:09:00 | INTERNAL REVENUE SERVICE, P O Box 7346, Philadelphia PA 19101-7346 |
| 12572788 | | EDI: JPMORGANCHASE | Nov 16 2023 01:09:00 | Chase Mortgage, PO Box 78420, Phoenix, AZ 85062-8420 |
| 12572793 | + | Email/Text: EBNBKNOT@ford.com | Nov 15 2023 20:24:00 | Lincoln Automotive Fin, Attn: Bankruptcy, PO BOX 54200, Omaha, NE 68154-8000 |

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2023 | Form ID: 309I | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 12572796 | + | Email/Text: enotifications@santanderconsumerusa.com Nov 15 2023 20:23:00 | | Santander Consumer USA, Inc, PO Box 961245, Fort Worth, TX 76161-0244 |
| 12572797 | | Email/Text: bankruptcy@shellfcu.org Nov 15 2023 20:24:00 | | Shell Fcu, Attn: Bankruptcy Department, PO Box 578, Deer Park, TX 77536-0578 |
| 12572798 | + | Email/Text: bankruptcy@shellfcu.org Nov 15 2023 20:24:00 | | Shell Federal Credit Union, 301 East 13th Street, Deer Park, TX 77536-3297 |
| 12572799 | | EDI: RMSC.COM Nov 16 2023 01:09:00 | | Syncb/home Design Se, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 12572800 | + | EDI: RMSC.COM Nov 16 2023 01:09:00 | | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 12572801 | | EDI: RMSC.COM Nov 16 2023 01:09:00 | | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 12572802 | | EDI: RMSC.COM Nov 16 2023 01:09:00 | | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 12572804 | + | Email/Text: txulec09@vistraenergy.com Nov 15 2023 20:24:00 | | TXU/Texas Energy, Attn: Bankruptcy, PO Box 650700, Dallas, TX 75265-0700 |
| 12572803 | | EDI: WTRRNBANK.COM Nov 16 2023 01:09:00 | | Target, P.O.Box 59316, Minneapolis, MN 55459-0316 |
| 12572805 | + | EDI: WFFC.COM Nov 16 2023 01:09:00 | | Wells Fargo Bank NA, 8750 Highway 6 South, Houston, TX 77083-6110 |
| 12572806 | + | EDI: WFFC2 Nov 16 2023 01:09:00 | | Wf Bank Na, Attn: Bankruptcy, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2023                                Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Peake | court@peakech13trustee.com |
| Jeffrey Michael Fleming | on behalf of Creditor JPMorgan Chase Bank  National Association sdecf@BDFGROUP.com |

District/off: 0541-4 | User: ADIuser | Page 3 of 3
Date Rcvd: Nov 15, 2023 | Form ID: 309I | Total Noticed: 31

Reese W Baker
    on behalf of Debtor James Douglas Butcher courtdocs@bakerassociates.net
    i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 4