**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: James Douglas Butcher<br>480 Kirby Rd<br>Taylor Lk Vlg, TX  77586-5201<br><br>DEBTOR | CHAPTER 13<br><br>CASE NO. 23-34075-H4 |

**NOTICE OF HEARING REGARDING (1) CONFIRMATION OF PROPOSED CHAPTER 13 PLAN, (2) VALUATION OF COLLATERAL, (3) DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE, (4) CONVERSION OF CHAPTER 13 CASE, AND (5) ENTRY OF OTHER ORDERS CONCERNING ADMINISTRATION OF CASE**

The United States Bankruptcy Court will conduct a hearing on whether (1) to confirm the debtor(s) proposed bankruptcy plan, (2) dismiss this case, (3) convert this case under chapter 7, and/or (4) to enter other orders concerning the administration of this case. The hearing will take place on January 22, 2024 at 9:00 am at U.S. Bankruptcy Court, 515 Rusk, Room 401, 4th Floor, Houston, TX  77002-0000.

Attached to this notice is a copy of the statistical cover sheet submitted by the debtor(s) with their proposed plan. This cover sheet serves as a summary of the plan. A complete copy of the proposed plan is available from clerk of the Court or the Debtor(s) Attorney. The Court may consider the current plan or a modified plan at the confirmation hearing.

If you object to confirmation of the plan, you must file your objection at least seven days before the confirmation hearing and serve a copy of the objection on the debtor, the debtor(s) counsel, the Chapter 13 Trustee, and parties requesting notice.

If the plan is not confirmed, the Court may consider whether to dismiss this chapter 13 case due to unreasonable delay that is prejudicial to creditors. The Court may also consider whether the case should be converted to a case under chapter 7 of the Bankruptcy Code.

The Court may also consider whether to enter other orders that are appropriate for administration of this case.

Dated: 11/15/2023

/s/ David G. Peake
DAVID G. PEAKE, TRUSTEE
ADMISSIONS ID NO. 15679500
9660 HILLCROFT, STE 430
HOUSTON, TX  77096
(713)283-5400

The Debtor(s)' **"Plan Summary and Statistical Cover Sheet to Proposed Plan"** is not attached because it was not on file with the Bankruptcy Court. Please contact the **Debtor(s)' Attorney** for more information.

United States Bankruptcy Court

Southern District of Texas

In re:  Case No. 23-34075-cml
James Douglas Butcher  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4  User: ADIuser  Page 1 of 2
Date Rcvd: Nov 15, 2023  Form ID: pdf012  Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James Douglas Butcher, 480 Kirby Rd, Taylor Lk Vlg, TX 77586-5201 |
| 12572785 | + | Baker & Associates, 950 Echo Ln. Ste. 300, Houston, TX 77024-2824 |
| 12572787 | + | Capital One Auto Finance, P. O. Box 660068, Dallas, TX 75266-0068 |
| 12572792 | | John Resendez, 425 Soledad St Ste 600, San Antonio, TX 78205-1558 |
| 12572795 | | Margaret McCarty Young, c/o Cavyn Sanders, Abby Newton, 24 Greenway Plz Ste 2050, Houston, TX 77046-2445 |
| 12572794 | | Margaret McCarty Young, c/o Weycer, Kaplan, Pulaski and Zuber, 24 Greenway Plz Ste 2050, Houston, TX 77046-2445 |
| 12572805 | + | Wells Fargo Bank NA, 8750 Highway 6 South, Houston, TX 77083-6110 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BNCnotices@bdfgroup.com | Nov 15 2023 20:23:00 | JPMorgan Chase Bank, National Association, c/o BDFTE, LLP, 4004 Belt Line Rd Ste. 100, Addison, TX 75001 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 15 2023 20:36:55 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 12572783 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 15 2023 20:22:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 12572784 | + | Email/PDF: bncnotices@becket-lee.com | Nov 15 2023 20:36:55 | Amex, 200 Vesey Street, New York, NY 10285-1000 |
| 12572786 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2023 20:37:08 | Capital One, 1680 Capital One Dr, Mc Lean, VA 22102-3407 |
| 12572789 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2023 20:36:55 | Citibank/Sears, Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 12572790 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2023 20:36:41 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 12572791 | + | Email/Text: Loan.Recovery@frostbank.com | Nov 15 2023 20:23:00 | Frost Bank, P.O. Box 1600, San Antonio, TX 78296-1600 |
| 12573337 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 15 2023 20:23:00 | INTERNAL REVENUE SERVICE, P O Box 7346, Philadelphia PA 19101-7346 |
| 12572788 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2023 20:21:27 | Chase Mortgage, PO Box 78420, Phoenix, AZ 85062-8420 |
| 12572793 | + | Email/Text: EBNBKNOT@ford.com | Nov 15 2023 20:24:00 | Lincoln Automotive Fin, Attn: Bankruptcy, PO BOX 54200, Omaha, NE 68154-8000 |
| 12572796 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2023 20:23:00 | Santander Consumer USA, Inc, PO Box 961245, Fort Worth, TX 76161-0244 |
| 12572797 | | Email/Text: bankruptcy@shellfcu.org | Nov 15 2023 20:24:00 | Shell Fcu, Attn: Bankruptcy Department, PO Box 578, Deer Park, TX 77536-0578 |

| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2023 | Form ID: pdf012 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 12572798 | + Email/Text: bankruptcy@shellfcu.org | | Nov 15 2023 20:24:00 | Shell Federal Credit Union, 301 East 13th Street, Deer Park, TX 77536-3297 |
| 12572799 | Email/PDF: ais.sync.ebn@aisinfo.com | | Nov 15 2023 20:21:52 | Syncb/home Design Se, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 12572800 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Nov 15 2023 20:37:08 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 12572801 | Email/PDF: ais.sync.ebn@aisinfo.com | | Nov 15 2023 20:21:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 12572802 | Email/PDF: ais.sync.ebn@aisinfo.com | | Nov 15 2023 20:21:27 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 12572804 | + Email/Text: txulec09@vistraenergy.com | | Nov 15 2023 20:24:00 | TXU/Texas Energy, Attn: Bankruptcy, PO Box 650700, Dallas, TX 75265-0700 |
| 12572803 | Email/Text: bncmail@w-legal.com | | Nov 15 2023 20:23:00 | Target, P.O.Box 59316, Minneapolis, MN 55459-0316 |
| 12572806 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Nov 15 2023 20:37:08 | Wf Bank Na, Attn: Bankruptcy, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Nov 17, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Peake | court@peakech13trustee.com |
| Jeffrey Michael Fleming | on behalf of Creditor JPMorgan Chase Bank National Association sdecf@BDFGROUP.com |
| Reese W Baker | on behalf of Debtor James Douglas Butcher courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 4