IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-34075-H4-13 |
| | § | |
| JAMES DOUGLAS BUTCHER, | § | |
|   Debtor | § | CHAPTER 13 |

### ORDER ON OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Came on to be heard the Objection to Confirmation of the Debtor's Chapter 13 Plan filed by JPMORGAN CHASE BANK, NATIONAL ASSOCIATION and the court, after considering the evidence and arguments of counsel is of the opinion that the Objection to Confirmation should be granted, it is, therefore:

ORDERED that confirmation of the Debtor's Chapter 13 Plan is hereby denied.

Signed this _____ day of _____, 2023.

_____
UNITED STATES BANKRUPTCY JUDGE