UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES DOUGLAS BUTCHER, | § | CASE NO. 23-34075-H4-13 |
| | § | (Ch 13) |
| | § | |
| DEBTORS. | § | |

**NOTICE OF APPEARANCE**

     PLEASE TAKE NOTICE that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **MICHAEL ALLEN FRANKLIN,** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein. All notices given or required to be given in this case shall be given to and served at the following addresses.

JEFF CARRUTH
SBN: 24001846
SDTX Fed. No.: 21882
Email: jcarruth@wkpz.com
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
24 Greenway Plaza, Ste. 2050
Houston, Texas 77046
Tel:  (713) 961-9045
Fax: (713) 961- 5341


CAVYN D. SANDERS
SBN. 24073384
SDTX Fed. No.: 2209744
Email: csanders@wkpz.com
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
24 Greenway Plaza, Ste. 2050
Houston, Texas 77046
Tel:  (713) 961-9045
Fax: (713) 961- 5341

ABBY K. NEWTON
SBN: 24116822
SDTX Fed. No.: 3511160
Email: anewton@wkpz.com
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
24 Greenway Plaza, Ste. 2050
Houston, Texas 77046
Tel:  (713) 961-9045
Fax: (713) 961- 5341

Dated:  January 4, 2024             Respectfully submitted:

    WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:   */s/ Jeff Carruth*
   JEFF CARRUTH (TX SBN: 24001846)
   CAVYN D. SANDERS (TX SBN: 24073384)
   ABBY K. NEWTON (TX SBN: 24116822)
   24 Greenway Plaza, Suite 2050
   Houston, TX 77046
   Telephone: (713) 341-1145
   Facsimile: (713) 961-5341
   E-mail:   jcarruth@wkpz.com
           csanders@wkpz.com
           anewton@wkpz.com

ATTORNEYS FOR MICHAEL ALLEN FRANKLIN

## CERTIFICATE OF SERVICE

On January 4, 2024, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all registered ECF users who have appeared in this case.

          */s/ Jeff Carruth*
          Jeff Carruth