IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: JAMES BUTCHER | § | CASE NO: 23-34075-H4-13 |
| | § | |
| DEBTOR | § | CHAPTER 13 |

**ORDER GRANTING DEBTOR'S MOTION
TO CONVERT TO CHAPTER 11 SUBPART V**

Came on for consideration Debtor's Motion to Convert to Chapter 11 Subpart V and this Court having reviewed the pleadings and other matters has determined that such request should be granted, it is therefore,

**ORDERED** that case no. 23-34075-H4-13 is hereby converted to chapter 11 subpart V.

DATE SIGNED_____.

_____
Christopher Lopez
UNITED STATES BANKRUPTCY JUDGE