Label Matrix for local noticing
0541-4
Case 23-34075
Southern District of Texas
Houston
Thu Jan  4 14:18:47 CST 2024

Ford Motor Credit Company, LLC, c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)BARRETT DAFFIN FRAPPIER TURNER & ENGEL  LL
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001-4320

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Ally Financial, Inc
Attn: Bankruptcy 500 Woodard Ave
Detroit, MI 48226-3416

Amex
200 Vesey Street
New York, NY 10285-1000

Baker & Associates
950 Echo Ln. Ste. 300
Houston, TX 77024-2824

Capital One
1680 Capital One Dr
Mc Lean, VA 22102-3407

Capital One Auto Finance
P. O. Box 660068
Dallas, TX 75266-0068

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citibank/Sears
Centralized Bankruptcy
PO Box 790034
St Louis, MO 63179-0034

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
Saint Louis, MO 63179-0034

Clear Creek Independent School District
P.O. Box 799
League City, TX 77574-0799

Clear Lake City Water Authority
900 Bay Area Blvd.
Houston, TX 77058-2691

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Frost Bank
Attn: George McRae
111 W. Houston Street
San Antonio, TX 78205-2114

INTERNAL REVENUE SERVICE
P O Box 7346
Philadelphia PA 19101-7346

John Resendez
425 Soledad St Ste 600
San Antonio, TX 78205-1558

Lincoln Automotive Fin
Attn: Bankruptcy
PO BOX 54200
Omaha, NE 68154-8000

Margaret McCarty Young
c/o Cavyn Sanders
Abby Newton
24 Greenway Plz Ste 2050
Houston, TX 77046-2445

Margaret McCarty Young
c/o Weycer, Kaplan, Pulaski and Zuber
24 Greenway Plz Ste 2050
Houston, TX 77046-2445

Pasadena Independent School District
P.O.Box 1318
Pasadena, TX 77501-1318

Santander Consumer USA, Inc
PO Box 961245
Fort Worth, TX 76161-0244

Shell Fcu
Attn: Bankruptcy Department
PO Box 578
Deer Park, TX 77536-0578

Shell Federal Credit Union
301 East 13th Street
Deer Park, TX 77536-3297

Syncb/home Design Se
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX  77210-4457

Synchrony Bank/Lowes
Attn:  Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams Club
Attn:  Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060

```
TXU ENERGY RETAIL COMPANY LLC        TXU/Texas Energy              Target
C/O BANKRUPTCY DEPARTMENT             Attn: Bankruptcy              P.O.Box 59316
PO BOX 650393                        PO Box 650700                 Minneapolis, MN 55459-0316
DALLAS TX 75265-0393                 Dallas, TX 75265-0700


Taylor Lake Village                  US Trustee                    Wells Fargo Bank NA
1235 North Loop West, Suite 600      Office of the US Trustee      8750 Highway 6 South
Houston, TX 77008-1772               515 Rusk Ave                  Houston, TX 77083-6110
                                     Ste 3516
                                     Houston, TX 77002-2604


Wells Fargo Bank, N.A.               Wf Bank Na                    David Peake
PO Box 10438, MAC F8235-02F          Attn: Bankruptcy              Chapter 13 Trustee
Des Moines, IA 50306-0438            PO Box 14517                  9660 Hillcroft
                                     Des Moines, IA 50306-3517     Suite 430
                                                                   Houston, TX 77096-3860


James Douglas Butcher                Reese W Baker
480 Kirby Rd                         Baker & Associates
Taylor Lk Vlg, TX 77586-5201         950 Echo Lane
                                     Suite 300
                                     Houston, TX 77024-2824
```

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JPMorgan Chase Bank, National Association   Chase Mortgage          Ford Motor Credit Company, LLC
c/o BDFTE, LLP                              PO Box 78420            Dept 55953 P.O. Box 55000
4004 Belt Line Rd Ste. 100                  Phoenix, AZ 85062-8420  Detroit, MI  48255
Addison, TX 75001


(d)JPMorgan Chase Bank, National Association
c/o Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203
```

        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Clear Creek Independent School District  (u)Michael Allen Franklin   End of Label Matrix
                                                                        Mailable recipients   40
                                                                        Bypassed recipients    2
                                                                        Total                  42
```