10/13/2023 1:53 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 8057859
By: KATINA WILLIAMS
Filed: 10/13/2023 12:09 PM

## CAUSE NO. 202266512

| | | |
|---|---|---|
| Leonida Butcher, Individually and d/b/a JC Lion Properties, Jimmy Butcher, and James Butcher, | § § § | In the District Courts of |
| Plaintiffs, | § § § | |
| vs. | § § | Harris County, Texas |
| The Frost National Bank and Margaret McCarty Young, | § § § | |
| Defendants. | § § | 152nd Judicial District |

### Unsworn Declaration of Leonida Butcher

Comes now the Leonida Butcher, and after being duly sworn according to law, she states as follow:

1.      My name is Leonida Butcher. I am over the age of eighteen years and am of sound mind. I am in all respects competent to make this Declaration, I have personal knowledge of all of the facts set forth herein, and they are all true and correct.

2.      I am a plaintiff in the above-styled action. I submit this Declaration in support of Plaintiffs' Response to Partial Motion for Summary Judgment as to Mr. Franklin's and Plaintiffs' Requests for Declaratory Judgment filed in the above styled case.

3.      Attached hereto as Exhibit A-1 is a true and accurate copy of the Chase Deposit Account Balance Summary and Signature Card for Leonida L. Butcher dba JC Lion Properties.

4.      Attached hereto as Exhibit A-2 is a true and accurate copy of the El Camino Property Deed.

1

5.      Attached hereto as Exhibit A-3 is a true and accurate copy of the Nasa Property Deed.

6.      Attached hereto as Exhibit A-4 is a true and accurate copy of the Burke Property Deed.

7.      Attached hereto as Exhibit A-5 is a true and accurate copy of the Perez Property Deed.

8.      Attached hereto as Exhibit A-6 is a true and accurate copy of the 2018 and 2019 Schedule E Worksheets for James D. and Leonida L. Butcher joint tax returns.

9.      Attached hereto as Exhibit A-7 is a true and correct copy of the 2002 DBA for JC Lion Properties.

10.     Attached hereto as Exhibit A-8 is a true and accurate copies of the June 27, 2022 Property Agreement.

11.     Attached hereto as Exhibit A-9 is a true and accurate copy of the June 15, 2023 Notice of Assignment of Judgment in Cause No. 2012-49874-A.

12.     Attached hereto as Exhibit A-10 is a true and accurate copy of the 2014 Assumed Name Certificate for JC Lion Properties.

13.     Attached hereto as Exhibit A-11 is a true and accurate copy of the Summary Judgment in Cause No. 2012-49874-A.

14.     Attached hereto as Exhibit A-12 is a true and accurate copy of the 2014 Abstract of Judgment.

15.     Attached hereto as Exhibit A-13 is a true and accurate copy of the 2002 Assumed Name Certificate for JC Lion Properties.

16.     In 1996, shortly after moving to Texas, I and my husband, James Butcher, made an oral agreement agreeing that I would exclusively and solely own, manage, and control whatever real property investments we purchased.

17.     We have honored and kept that agreement faithfully since the time it was made.

18.     To further that agreement, I created an assumed name business, JC Lion Properties, in which to run my investment property business.

19.     JC Lion Properties is solely an assumed name for me, and James Butcher has no authority or ownership interest in JC Lion Properties. Exh. A-10. In 2021, Loan Modifications were entered into with Capital Bank. The Bank required the Loan Modifications include the same signature block and parties that agreed to the original loans even though in 2021 James Butcher and Jimmy Butcher were not a part of JC Lion Properties. The original d/b/a expired in 2012. Exh. A-13. That was the only reason James and Jimmy were involved with the Loan Modifications.

20.     In 2009, when I opened JC Lion Properties' bank account with Chase Bank, I ensured that I was the sole owner and signer on the bank account. Exh. A-1. James Butcher has no access, and has never had access, to JC Lion Properties' checking account. *Id.*

21.     The four properties I manage (collectively, the "Properties") are as follows: (1) 17250 El Camino Real, Webster, Texas 77058 ("El Camino Property"), acquired on April 8, 2002; (2) 2234 Nasa Road 1, Seabrook, Texas 77586 ("Nasa Property"), acquired on December 10, 2002; (3) 3222 Burke Rd, Pasadena, Texas 77504 ("Burke Property"),

acquired on September 24, 2003; and 2514 Perez Rd, Pasadena, Texas 77502 ("Perez Property"), acquired on May 15, 2008.

22.     James Butcher and I also own 480 Kirby Road, Seabrook, Texas 77586. However, that property is our Homestead Property and thereby not subject to execution.

23.     Pursuant to Texas law, I do business as JC Lion Properties. Exh. A-10.

24.     All of the Properties listed above are solely managed and controlled by JC Lion Properties and are beyond the reach of James Butcher.

25.     All of the leases for the Properties are in the name of JC Lion Properties as landlord.

26.     The Properties have been listed as owned by me on James Butcher's and my joint tax returns. Exh. A-6.

27.     Although James Butcher is identified as a grantee on the deeds to the Properties, they are exclusively and solely controlled and managed by me. Plaintiff James is simply an accommodation party on the deeds because of certain loan documents on the Properties.

28.     In January 2014, in a matter unrelated to the Properties referenced above, Charles David Young, Jr. obtained a judgment against James Butcher. Exh. A-11. The suit did not involve me or Jimmy Butcher and was not based on any tortious conduct. *Id.*

29.     Mr. Young filed an abstract of judgment in the Harris County records in June 2014. Exh. A-12.

My name is Leonida Butcher, I was born in ___1956___, and my address is 480 Kirby Road, Seabrook, Texas 77586. I declare under penalty of perjury that the foregoing is true and correct. Executed in Harris County, State of Texas on the 12ᵗʰ day of October, 2023.

Leonida Butcher

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Hoefker on behalf of Paul Hoefker
Bar No. 9772800
hoefker@aol.com
Envelope ID: 80578598
Filing Code Description: No Fee Documents
Filing Description: PLS Response to Franklin MSJ
Status as of 10/13/2023 2:39 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joshua Cottle | | josh@texasbanklawyer.com | 10/13/2023 1:53:30 PM | SENT |
| John Resendez | | john@resendez-law.com | 10/13/2023 1:53:30 PM | SENT |
| Paul A. Hoefker | 9772800 | phoefker@aldridgepite.com | 10/13/2023 1:53:30 PM | SENT |
| Marci Liggett | | marci@texasbanklawyer.com | 10/13/2023 1:53:30 PM | SENT |
| Abby Newton | | anewton@wkpz.com | 10/13/2023 1:53:30 PM | SENT |
| Cavyn Sanders | | csanders@wkpz.com | 10/13/2023 1:53:30 PM | SENT |
| Andrew M. Caplan | 3776700 | acaplan@wkpz.com | 10/13/2023 1:53:30 PM | SENT |

 **CHASE**     **Deposit Account Balance Summary**

08/30/2022

Requestor information:

LEONIDA  BUTCHER DBA JC LION PROPERTIES

480 KIRBY RD
TAYLOR LAKE VILLAGE, TX 77586-5201

| Summary of Deposit Account | | | | |
|---|---|---|---|---|
| **Account Number** | **Account Type** | **Open Date** | **Current Balance** | **Avg Balance (12 mos)** |
| ▓▓▓▓▓▓ | Chase Business Complete Checking | 07/24/2009 | | |

| Customer Information | | |
|---|---|---|
| LEONIDA  BUTCHER DBA | | Sole Owner |
| LEONIDA LIMAS BUTCHER | | Signer |
| | | |
| | | |
| | | |
| | | |
| | | |

Deposit Account Balance Summary request completed by:

HAYDN WOOD
(614) 248-5800
Bay Area Blvd

**Chase Bank
2475 Bay Area Blvd
Houston, Tx  77058**

## PLEASE NOTE THAT THE INFORMATION PROVIDED IN THIS LETTER WILL BE THE ONLY INFORMATION RELEASED BY JPMorgan Chase, N.A.

This letter is written as a matter of business courtesy, without prejudice, and is intended for the confidential use of the addressee only. No consideration has been paid or received for the issuance of this letter. The sources and contents of this letter are not to be divulged and no responsibility is to attach to this bank or any of its officers, employees or agents by the issuance or contents of the letter which is provided in good faith and in reliance upon the assurances of confidentiality provided to this bank. Information and expressions of opinion of any type contained herein are obtained from the records of this bank or other sources deemed reliable, without independent investigation, but such information and expressions are subject to change without notice and no representation or warranty as to the accuracy of such information or the reliability of the sources is made or implied or vouched in any way. This letter is not to be reproduced, used in any advertisement or in any way whatsoever except as represented to this bank. This bank does not undertake to notify of any changes in the information contained in this letter. Any reliance is at the sole risk of the addressee.



# CHASE ❖
**Business Signature Card**





**ACCOUNT TITLE ("DEPOSITOR")**
LEONIDA BUTCHER DBA
JC LION PROPERTIES

**ACCOUNT NUMBER**
**TAXPAYERID NUMBER**
**ACCOUNT TYPE** Chase Business Classic



**BUSINESS ADDRESS**
460 KIRBY RD

Chase Bank
2475 Bay Area Blvd
Houston, Tx 77058

**DATE OPENED** 07/24/2009
New Account
**FORM OF BUSINESS** Sole Proprietorship
**ISSUED BY** JPMorgan Chase Bank, N.A (201)
El Dorado Blvd
CARISSA R RIVERA
281-283-7292
07/24/2009

TAYLOR LAKE VILLAGE TX 77586-5201

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| Assumed Name Certificate | | HARRIS COUNTY | 07/01/2009 | 07/01/2019 |

**SIGNER(S) TO BE ADDED LATER**

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| NAME | TAXPAYERID# | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| LEONIDA LIMAS BUTCHER | | Owner | 7/24/09 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



Rev (12/08)



STEWART TITLE HOUSTON DIVISION

SIIRTJG  02116125

WD
15
w

EXHIBIT "B"                    PL EX A-2

## WARRANTY DEED WITH VENDOR'S LIEN

**Date:**    APRIL 8, 2002        04/18/02  101808471  V738773    $15.00  (1)

**Grantor:**    MARVIN SHAW and wife PATSY M. SHAW and LARRY L. WRIGHT and wife LINDA B. WRIGHT

**Grantor's Mailing Address:**

        Shaw:        4290 VZ County Road 4302
                        Ben Wheeler, Texas 75754-7043

        Wright:      16014 Brook Forest
                        Houston, Texas 77059-6408

**Grantee:**    JAMES D. BUTCHER and wife LEONIDA BUTCHER and JIMMY LEE BUTCHER, a single person

**Grantee's Mailing Address:**

        480 Kirby Road
        Taylor Lake Village, Texas 77586
        Harris County

**Consideration:**

    Cash and a note of even date executed by Grantee and payable to the order of Grantor in the principal amount of ONE MILLION SEVENTY-EIGHT THOUSAND AND NO/100 DOLLARS ($1,078,000.00). The note is secured by a first and superior vendor's lien and superior title retained in this deed and by a first-lien deed of trust of even date from Grantee to GREGORY G. BESS, trustee.

**Property (including any improvements):**

    A tract of land containing 0.6989 acre (30.444 square feet) out of Lot One (1), in Block Seventeen (17) of CLEAR LAKE CITY INDUSTRIAL PARK, SECTION A, an addition in Harris County, Texas, according to the map or plat recorded in Volume 100, Page 49 of the Map Records of Harris County, Texas, and being more particularly described by metes and bounds on Exhibit "A" attached hereto.

**Reservations from Conveyance:**

    NONE.

**Exceptions to Conveyance and Warranty:**

    Liens described as part of the Consideration and any other liens described in this deed as being either assumed by Grantee or subject to which title is taken by Grantee; validly existing restrictive covenants common to the platted subdivision in which the Property is located; standby fees, taxes, and assessments by any taxing authority for the year 2002 and subsequent years, and subsequent taxes and assessments by any taxing authority for prior years due to change in land usage

JC LION 000041

or ownership; validly existing utility easements created by the dedication deed or plat of the subdivision in which the Property is located; validly existing reservations or exceptions approved in writing by Grantee and, if applicable, described in Schedule B of the Owner Policy for Title Insurance issued to Grantee as part of this transaction; any discrepancies, conflicts, or shortages in area or boundary lines, or any encroachments or protrusions, or any overlapping of improvements; homestead or community property or survivorship rights, if any, of any spouse of Grantee; and any validly existing titles or rights asserted by anyone, including but not limited to persons, the public, corporations, governments, or other entities, to (a) tidelands or lands comprising the shores or beds of navigable or perennial rivers and streams, lakes, bays, gulfs, or oceans, (b) lands beyond the line of the harbor or bulkhead lines as established or changed by any government, (c) filled-in lands or artificial islands, (d) statutory water rights, including riparian rights, or (e) the area extending from the line of mean low tide to the line of vegetation or the right of access to that area or easement along and across that area.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

The vendor's lien against and superior title to the Property are retained until each note described is fully paid according to its terms, at which time this deed will become absolute.

BY THE ACCEPTANCE OF THIS DEED, GRANTEE TAKES THE PROPERTY "AS IS" EXCEPT FOR THE WARRANTIES OF TITLE AS PROVIDED AND LIMITED HEREIN.

When the context requires, singular nouns and pronouns include the plural.

MARVIN SHAW

PATSY M. SHAW

LARRY L. WRIGHT

LINDA B. WRIGHT

2

JC LION 000042

STATE OF TEXAS

COUNTY OF ___HARRIS___

    This instrument was acknowledged before me on the ___8th___ day of April, 2002, by MARVIN SHAW.

_____
Notary Public - State of Texas
Notary's Printed Name:

_____
My Commission Expires:

_____

RHONDA TRAIL
Notary Public, State of Texas
My Commission Expires 9-3-2005

---

STATE OF TEXAS

COUNTY OF ___HARRIS___

    This instrument was acknowledged before me on the ___8th___ day of April, 2002, by PATSY M. SHAW.

_____
Notary Public - State of Texas
Notary's Printed Name:

_____
My Commission Expires:

_____

RHONDA TRAIL
Notary Public, State of Texas
My Commission Expires 9-3-2005

---

STATE OF TEXAS

COUNTY OF ___HARRIS___

    This instrument was acknowledged before me on the ___8th___ day of April, 2002, by LARRY L. WRIGHT.

_____
Notary Public - State of Texas
Notary's Printed Name:

_____
My Commission Expires:

_____

RHONDA TRAIL
Notary Public, State of Texas
My Commission Expires 9-3-2005

3

JC LION 000043



STATE OF TEXAS

COUNTY OF _HARRIS_

    This instrument was acknowledged before me on the ___8th___ day of April, 2002, by LINDA B. WRIGHT.

RHONDA TRAIL
Notary Public, State of Texas
My Commission Expires 9-3-2005

Notary Public - State of Texas
Notary's Printed Name: _____

My Commission Expires: _____

**RETURN TO:**
**GRANTEE'S ADDRESS**

Mr. & Mrs. Butcher
480 Kirby Rd.
Taylor Lake Village, Tx.
77586

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED, in the Official Public Records of Real Property of Harris County, Texas on

APR 18 2002

COUNTY CLERK
HARRIS COUNTY, TEXAS

2002 APR 18 AM 9:56

COUNTY CLERK
HARRIS COUNTY, TEXAS

4

JC LION 000044



I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages
are a true and correct copy of the original record filed and recorded in my office,
electronically or hard copy, as it appears on this date.

Witness my official hand and seal of office
This May 3, 2022

Teneshia Hudspeth, County Clerk
Harris County, Texas

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and
unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the
Public Information Act.



JC LION 000045

Stewart Title Company

## EXHIBIT "C"

N307730
12/23/02  100025420          $15.00

### VENDOR'S LIEN DEED

THE STATE OF TEXAS    *

         *    KNOW ALL MEN BY THESE PRESENTS:

COUNTY OF HARRIS    *

That **BRIAN A. PRESTON**, of Galveston County, Texas, hereinafter called grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to said Grantor in hand paid by **JAMES D. BUTCHER and LEONIDA BUTCHER and JIMMY BUTCHER, d/b/a JC LION PROPERTIES**, hereinafter called grantee, the receipt of which is hereby acknowledged, and in further consideration of the making, execution and delivery to said grantor by said grantee of one certain promissory note of even date herewith in the principal sum of TWO HUNDRED THIRTY-FIVE THOUSAND AND 00/100 DOLLARS ($235,000.00), payable to the order of said grantor herein at P.O. Box 8686, Bacliff, Texas 77518, bearing interest at the rate of seven percent (7.00%) per annum, from date until paid, principal and interest payable as set out therein, said note containing the usual provisions for acceleration of maturity and attorney's fees, and being secured by vendor's lien hereinafter retained on the property hereby conveyed, and further secured by deed of trust of even date herewith to Ronald F. Plackemeier, Trustee, has GRANTED, SOLD and CONVEYED, and by these presents does GRANT, SELL and CONVEY unto the said grantee of 480 Kirby Road, Taylor Lake Village, Harris County, Texas 77586, all that certain property situated in Harris County, Texas, described as follows, to-wit:

   A tract or parcel of land out of the Ritson Morris Survey, Abstract No. 52, Harris County, Texas, and being more particularly described by metes and bounds as set forth in Exhibit "A" attached hereto and incorporated herein.

   This conveyance is made and accepted subject to all restrictions, easements, rights-of-way, oil, gas and mineral leases and royalty

preston           1

JC LION 000046

and mineral conveyances and reservations of record, if any, in the
Office of the County Clerk of said county.

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in anywise belonging unto the said grantee, its successors, administrators, heirs and assigns forever, and grantor does hereby bind itself, its successors and assigns, heirs, executors and administrators, to warrant and forever defend, all and singular, the said premises unto the said grantee, its successors, administrators, heirs and assigns, against every person whomsoever lawfully claiming, or to claim the same or any part thereof.

But it is expressly agreed and stipulated that the vendor's lien is retained against the above described property, premises and improvements until the above described note, together with all interest thereon, has been fully and finally paid, according to its face, tenor, reading and effect when this deed shall become absolute.

It is expressly agreed that the Grantor makes no warranty, either express or implied, as to the physical condition of the premises herein conveyed.  Premises are conveyed in "AS IS CONDITION", after inspection of the premises by the Grantee.  This provision is part of the consideration for the execution of this Warranty Deed by the Grantor herein and such Warranty Deed would not be executed but for this provision. The recordation of this instrument by the Grantee, or anyone acting in his behalf, conclusively evidences the acceptance of this conveyance subject to the provisions of this paragraph.

Whenever the context or construction of this document so requires, the masculine shall include the feminine and neuter, and the singular shall include the plural, and conversely; and, in addition thereto, shall encompass all of the covenants and agreements herein undertaken to be performed by and the rights conferred upon the respective parties named herein, and shall be

preston                                    2

JC LION 000047

binding upon and inure to the benefit of not only said parties but also their respective heirs, executors, administrators, successors and assigns.

WITNESS THE EXECUTION HEREOF this <u>10th</u> day of <u>December</u>, 2002.

BRIAN A. PRESTON

STATE OF TEXAS                    *

COUNTY OF GALVESTON         *

On the 10th day of <u>December</u>, 2002, before me, the undersigned Notary Public, personally appeared **Brian A. Preston**, known to me or satisfactorily proven to be the person whose name is subscribed to this instrument and acknowledged that he executed the same for the purpose contained therein.

Notary Public, State of Texas



DEBBIE L. SELF
NOTARY PUBLIC
STATE OF TEXAS
MY COMMISSION EXPIRES
AUGUST 17, 2005

Return To: J.C. Lion
480 Kirby Rd. -
Taylor Lake Village Tx 77586

preston                    3

JC LION 000048

EXHIBIT "A"

A 0.3602 ACRE TRACT OUT OF BLOCK "C", CITY OF SEABROOK, HARRIS COUNTY, TEXAS,
ACCORDING TO THE PLAT AS RECORDED IN VOLUME 1, PAGE 50, HARRIS COUNTY MAP
RECORDS AND BEING PART OF THOSE TRACTS AS RECORDED IN VOLUME 1096  PAGE 354,
AND VOLUME 1117  PAGE 200, AND VOLUME 1514, PAGE 451, AMD VOLUME 1105, PAGE
58, OF THE HARRIS COUNTY DEED RECORDS:

BEGINNING AT A 5/8" IRON ROD FOUND AT THE INTERSECTION OF THE NORTHEAST LINE
OF 7th STREET (50' WIDE) AND THE NORTHWEST LINE OF NASA ROAD ONE (130' WIDE);

THENCE N 52° 46' 45" W, ALONG THE NORTHEAST LINE OF 7th STREET, A DISTANCE OF
80.32 FEET TO A 1/2" IRON ROD SET AT THE MOST SOUTHERLY CORNER OF A CALLED
1.208 ACRE TRACT CONVEYED TO ROY NEWBERRY AND JAMES FRAZIER IN JULY OF 1979;

THENCE N 37° 13' 15" E, ALONG THE SOUTHEAST LINE OF SAID 1.208 ACRE TRACT, A
DISTANCE OF 137.50 FEET TO THE MOST EASTERLY CORNER OF SAID 1.208 ACRE TRACT
AND BEING ON THE SOUTHWEST LINE OF A 1.927 ACRE TRACT AS RECORDED UNDER CLERK'S
FILE NO. E858324, FROM WHICH A WOOD CORNER POST BEARS S37° 13' 15" W 0.61 FEET;

THENCE S 52° 46' 45" E, ALONG THE SOUTHWEST LINE OF SAID 1.927 ACRE TRACT, A
DISTANCE OF 147.90 FEET TO A 1/2" IRON ROD SET ON THE NORTHWEST LINE OF NASA
ROAD ONE;

THENCE S 63° 32' 40" W, ALONG THE NORTHWEST LINE OF NASA ROAD ONE, A DISTANCE
OF 153.01 FEET TO THE POINT OF BEGINNING AND CONTAINING A COMPUTED AREA OF
15,690 SQUARE FEET OR 0.3602 ACRE OF LAND.

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL
PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time
stamped hereon by me; and was duly RECORDED in the Official Public Records of Real Property of Harris
County, Texas on

DEC 2 3 2002

Beverly B. Kaufman
COUNTY CLERK
HARRIS COUNTY, TEXAS

JC LION 000049



I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages
are a true and correct copy of the original record filed and recorded in my office,
electronically or hard copy, as it appears on this date.

Witness my official hand and seal of office
This April 22, 2022

Teneshia Hudspeth, County Clerk
Harris County, Texas

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and
unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the
Public Information Act.



JC LION 000050

PL EX A-4

EXHIBIT "D"

## WARRANTY DEED WITH VENDOR'S LIEN   X069729
10/01/03  200293847                    $13.00

STATE OF TEXAS      )
                    )          KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF HARRIS    )

THAT BURKE STREET, LLC for and in consideration of the sum of TEN and 00/100 DOLLARS ($10.00), and other valuable consideration to the undersigned, paid by the Grantees herein named, the receipt of which is hereby acknowledged, and the further consideration of the execution and delivery by the Grantees of their one certain Promissory Note of even date herewith in the principal sum of ONE MILLION THREE HUNDRED THOUSAND and 00/100 ($1,300,000.00), used in part to pay the purchase price of the real property described herein, payable to the order of CAPITAL BANK, Post Office Box 24337, Houston, Texas 77229 bearing interest from the date thereof, principal and interest being due and payable as therein provided, and interest being calculated on the unpaid principal to the date of maturity, the note providing for acceleration of maturity in the event of default and for attorney's fees, the payment of which note is secured by a vendor's lien herein retained, and is additionally secured by a Deed of Trust of even date herewith to **Milton R. Smith, Trustee,** has GRANTED, SOLD AND CONVEYED, and by these presents does GRANT, SELL AND CONVEY unto LEONIDA LIMAS BUTCHER, Individually, JAMES DOUGLAS BUTCHER, Individually, and JIMMY LEE BUTCHER, Individually, all d/b/a JC LION PROPERTIES all of the following described real property in Harris County, Texas, to-wit:

> Being 2.1519 acres, more or less, out of the Day Land and Cattle Company Survey, Abstract No. 1025, in Harris County, Texas, and being more particularly described by metes and bounds on Exhibit "A" attached hereto.

This conveyance is made and accepted subject to the following:

1. Taxes having been prorated as of the date of this Deed Grantees assume and agree to pay the same.

2. This conveyance is made and accepted subject to the following matters, to the extent same are in effect at this time: Any and all restrictions, covenants, conditions and easements, if any, relating to the hereinabove described property, but only to the extent they are still in effect, shown of record in the hereinabove mentioned County and State, and to all zoning laws, regulations and ordinances of municipal and/or other governmental authorities, if any, but only to the extent that they are still in effect, relating to the hereinabove described property.

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in anywise belonging unto the Grantees, their heirs and assigns forever; and the undersigned does hereby bind itself, its successors and assigns to WARRANT AND FOREVER DEFEND all and singular the premises unto the Grantees, their heirs and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof.

But it is expressly agreed that the VENDOR'S LIEN as well as the superior title in and to the above described premises, is retained against the above described property, premises and improvements until the above described note and all interest thereon are fully paid according to the face, tenor, effect, and reading thereof, when this Deed shall become absolute.

CAPITAL BANK, at the request of the Grantees, having advanced to Grantees that

JC LION 000051

portion of the purchase price of this property as evidenced by the Promissory Note described herein, the Vendor's Lien and Superior Title to this property is hereby retained and TRANSFERRED AND ASSIGNED to CAPITAL BANK.

EXECUTED this 24 day of September, 2003.

BURKE STREET, LLC

By: Fun & Games, Inc., as Manager

By: _____
James D. Butcher, President

## ACKNOWLEDGMENT

STATE OF TEXAS    )
                   )
COUNTY OF HARRIS  )

This document was acknowledged before me on the 24 day of September, 2003, by BURKE STREET, LLC, through Fun & Games, Inc. as Manager, by James D. Butcher as President, for the benefit of the company.

_____
Notary Public, State of Texas


SHARI J. CURTIS
Notary Public
STATE OF TEXAS
My Comm. Exp. 06-11-2004

Mailing Address of Grantor:

1913 Nasard 1
Seabrook TX 77586

After Recording Return To:

_____

Mailing Address of Grantees:

480 Kirby Dr.
Taylor Lake Village, TX
77586

Prepared in the Law Office of:

Storey & Denum, P.C.
Attorneys at Law
11757 Katy Freeway, Suite 1010
Houston, Texas 77079

C LION 000052

A tract of land containing 2.1518 acres of land, being part of and out of that certain tract conveyed to J.W. Bartvelle, et al, in Partition Deed recorded in Volume 692, Page 309, of the Deed Records of Harris County, Texas, in the Day Land and Cattle Company Survey, Abstract No. 1025, in Pasadena, Harris County, Texas, and being more particularly described by metes and bounds as follows, to-wit:

BEGINNING at a 5/8 inch iron rod found at the Northeast corner of Bayshore T/H Condominium as recorded in Volume 47, Page 102, of the Map Records of Harris County, Texas, in the West line of Burke Road (based on a width of 30 feet);

THENCE, South 89 degrees 31 minutes 03 seconds West, along the North line of said Bayshore T/H Condominium a distance of 462.56 feet to a 5/8 inch iron rod found for a corner;

THENCE, North 00 degrees 39 minutes 44 seconds West, a distance of 26.00 feet to a 5/8 inch iron rod found for a corner;

THENCE, North 46 degrees 29 minutes 09 seconds East, a distance of 166.88 feet to a 5/8 inch iron rod found for a corner;

THENCE, South 88 degrees 28 minutes 44 seconds East, a distance of 114.46 feet to a "+" cut in concrete for corner;

THENCE, North 00 degrees 26 minutes 55 seconds West, a distance of 176.29 feet to a "X" in concrete for a corner;

THENCE, North 89 degrees 23 minutes 32 seconds East, a distance of 225.52 feet in a 5/8 inch iron rod found in said West line of Burke Road;

THENCE, South 00 degrees 26 minutes 55 seconds East, along and with the aforesaid West right-of-way line, a distance of 308.00 feet to the place of BEGINNING, and containing 93,736 square feet or 2.1518 acres of land, more or less.

FILED

03 OCT -1 AM 9: 57

*Beverly B. Kaufman*
COUNTY CLERK
HARRIS COUNTY, TEXAS

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me, and was duly RECORDED, in the Official Public Records of Real Property of Harris County, Texas on

OCT - 1 2003



*Beverly L. Kaufman*
COUNTY CLERK
HARRIS COUNTY, TEXAS

**EXHIBIT**

**"A"**

JC LION 000053



I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages
are a true and correct copy of the original record filed and recorded in my office,
electronically or hard copy, as it appears on this date.

Witness my official hand and seal of office
This May 3, 2022

*Teneshia Hudspeth*

Teneshia Hudspeth, County Clerk
Harris County, Texas

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and
unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the
Public Information Act.



CHICAGO TITLE *PA*
GF470064

PL EX A-5

# EXHIBIT "E"

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS:  YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

### Warranty Deed with Vendor's Lien

200802764O7
05/29/2008  RP2  $24.00

**Date:**  May 15, 2008

**Grantor:**    MARVA JEAN MCKIBBON, a single woman

**Grantor's Mailing Address:**

MARVA JEAN MCKIBBON
P.O. BOX 1000
PORT LAVACA, TEXAS  77979
JACKSON County

**Grantee:**    JAMES DOUGLAS BUTCHER and LEONIDA BUTCHER, husband and wife

**Grantee's Mailing Address:**

JAMES DOUGLAS BUTCHER and LEONIDA BUTCHER
1913 NANA PARKWAY
SEABROOK, TEXAS  77586
HARRIS County

**Consideration:**

Cash and a note of even date executed by Grantee and payable to the order of POST OAK BANK, N.A. in the principal amount of SIXTY-SIX THOUSAND FIVE HUNDRED AND NO/100 DOLLARS ($66,500.00).  The note is secured by a first and superior vendor's lien and superior title retained in this deed in favor of POST OAK BANK, N.A. and by a first-lien deed of trust of even date from Grantee to ROLAND WILLIAMS, trustee.

**Property (including any improvements):**

LOT TWELVE (12), BLOCK ONE (1), OF QUEENS COURT, SECTION ONE (1), AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN FILM CODE NO. 355115 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

**Reservations from Conveyance:**

JC LION 000055



None

**Exceptions to Conveyance and Warranty:**

Liens described as part of the Consideration and any other liens described in this deed as being either assumed or subject to which title is taken; validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing instruments, other than conveyances of the surface fee estate, that affect the Property; and taxes for 2008, which Grantee assumes and agrees to pay, but not subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantor assumes.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

The vendor's lien against and superior title to the Property are retained until each note described is fully paid according to its terms, at which time this deed will become absolute.

POST OAK BANK, N.A., at Grantee's request, has paid in cash to Grantor that portion of the purchase price of the Property that is evidenced by the note. The first and superior vendor's lien against and superior title to the Property are retained for the benefit of POST OAK BANK, N.A. and are transferred to POST OAK BANK, N.A. without recourse against Grantor.

When the context requires, singular nouns and pronouns include the plural.

MARVA JEAN MCKIBBON

JC LION 000056

STATE OF TEXAS                    )

COUNTY OF HARRIS                  )

This instrument was acknowledged before me on ⟨May 15⟩_____, 2008, by
MARVA JEAN MCKIBBON.

_____
Notary Public, State of Texas
My commission expires: _____

PREPARED IN THE OFFICE OF:

Roy D. Mease, P.C.
4008 VISTA, S. 100A
PASADENA, TEXAS 77504
Tel: (713) 943-8610
Fax: (713) 943-8638

AFTER RECORDING RETURN TO:

CHICAGO TITLE - PASADENA
4008 VISTA, S. 100A
PASADENA, TEXAS  77504

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL
PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW
THE STATE OF TEXAS
COUNTY OF HARRIS
   I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time
stamped hereon by me, and was duly RECORDED in the Official Public Records of Real Property of Harris
County, Texas on

MAY 29 2008



COUNTY CLERK
HARRIS COUNTY, TEXAS

JC LION 000057



I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.

Witness my official hand and seal of office
This April 22, 2022

*Teneshia Hudspeth*

Teneshia Hudspeth, County Clerk
Harris County, Texas

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.



| Schedule E | **Schedule E Worksheet**<br>► Keep for your records | **2018** |

Name(s) shown on return

James D & Leonida L Butcher

■■■■■■■■■.
■■■■■■■■■

## General Information:

Property description . . . . . . . . 17250 El Camino Real

Property type . . . 4 Commercial       If type is other, enter a description . . _____

Location (street address) . . . . . 17250 El Camino Real

City . . . . . . . . . Houston       State . . . . TX     ZIP code . . . . 77058

If a foreign address:     Foreign province or state . . _____

Foreign postal code . . . . _____     Foreign country . . . . _____

## Complete For All Properties:

Did you make any payments that would require you to file Form(s) 1099? . . . . . . . Yes ☐ No ☒

If **yes**, did you or will you file all required Form(s) 1099? . . . . . . . . . . . . . . . . Yes ☐ No ☐

## Complete For All Rental Properties:

Days rented at fair rental value . . .     365  Days of personal use . . . . . . . . . . .     0

## Check All That Apply:

| | | | | |
|---|---|---|---|---|
| **A** | Owned by spouse . . . . . . . . . . . . . ☒ | **B** | Owned jointly . . . . . . . . . . . . . . . ☐ |
| **C** | Active participation. . . . . . . . . . . . ☒ | **D** | Material participation . . . . . . . . . . ☐ |
| **E** | Qualified joint venture . . . . . . . . . . ☐ | **F** | Some investment is not at risk. . . . . . ☐ |
| **G** | Other passive exceptions . . . . . . . . . ☐ | **H** | Complete taxable disposition - See Help . ☐ |

Trade or business not subject to net investment income tax . . . . . . . . . . . . . . . . . ☐

**I** Treat all MACRS assets for this activity as qualified Indian reservation property? . . . Yes ☐ No ☒

**J** Treat all assets acquired after August 27, 2005 as
qualified GO Zone property? . . . . . . . . . . . . . . Regular ☐  Extension ☐  No ☒

**K** Treat all assets acquired after May 4, 2007 as
qualified Kansas Disaster Zone property? . . . . . . . . . . . . . . . . . Yes ☐  No ☒

**L** Was this activity located in a Qualified Disaster Area? . . . . . . . . . . Yes ☒  No ☐

**M** Reserved for future use

## Ownership Percentage:

**N** Check to allocate income and expenses using ownership percentage . . . . . . . . . . . . . . . . ☒

**O** Enter ownership percentage . . . . . . . . . . . . . . . . . . . . . . . . . . .     50.000000 %

## Owner-Occupied Rentals:

**P** Check to allocate personal use items to Schedule A . . . . . . . . . . . . . . . . . . . . . ☐

**Q** Percentage of rental use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ %

## Vacation Home or Property with Personal Use Days:

**R** Check to allocate interest and taxes using the Tax Court Method . . . . . . . . . . . . . . . . . ☐

**S** Number of days property owned if less than the entire year . . . . . . . . . . . . . . . . . . _____

**Property Location**                                           Page **2**

17250 El Camino Real, Houston, TX 77058

| Income | | % if Different | Total |
|---|---|---|---|
| **3**   **Enter** rental income (not reported elsewhere). . . . | 198,000. | | |
|     Rental income from Form 1099-MISC . . . . . . | | | |
|     Rental income from Form 1099-K . . . . . . . . | | | |
|     Rental Income from Cancellation of Debt Wks . . . | | | |
|     Total rents received . . . . . . . . . . . . . . . | 198,000. | 50.000000 | 99,000. |
| **4**   **Enter** royalties received (not reported elsewhere) . | | | |
|     Royalty income from Form 1099-MISC . . . . . . | | | |
|     Royalty income from Form 1099-K . . . . . . . . | | | |
|     Royalty Income from Cancellation of Debt Wks . . . | | | |
|     Royalty income from Schedule K-1 . . . . . . . . | | | |
|     Total royalties received . . . . . . . . . . . . . | | | |

| Expenses | (a) Total | (b) Enter % if not 50.00 | (c) Reported On Schedule E | (d) Vacation Home Loss Limitation | (e) Allocated to Personal use |
|---|---|---|---|---|---|
| **5**   Advertising . . . . . . . . | | | | | |
| **6 a** Auto . . . . . . . . . . . | | | | | |
|   **b** Travel . . . . . . . . . . | | | | | |
| **7**   Cleaning and maint . . . | | | | | |
| **8**   Commissions . . . . . . . | | | | | |
| **9 a** Mort insur qualified . . . | | | | | |
|     From Form 1098 import | | | | | |
|     Total mort insur qual . . . | | | | | |
|   **b** Other Insurance . . . . . | | | | | |
| **10**  Legal & other prof fees | | | | | |
| **11**  Management fees . . . | | | | | |
| **12 a** Mortgage int qualified . . | 61,708. | | | | |
|     From Form 1098 import | | | | | |
|     Total mort int qualified | 61,708. | | 30,854. | | |
|   **b** Mort int other . . . . . . | | | | | |
|     From Form 1098 import | | | | | |
|     Total mort int other . . . | | | | | |
| **13**  Other interest. . . . . . | | | | | |
| **14**  Repairs . . . . . . . . . | | | | | |
| **15**  Supplies . . . . . . . . | | | | | |
| **16 a** Real estate taxes . . . | 32,689. | | | | |
|     From Form 1098 import | | | | | |
|     Total real estate taxes | 32,689. | | 16,345. | | |
|   **b** Other taxes . . . . . . . | | | | | |
| **17**  Utilities . . . . . . . . . | | | | | |
| **18 a** Depreciation . . . . . . | 18,135. | | 18,135. | | |
|   **b** Depletion . . . . . . . . | | | | | |
|   **c** Depreciation carryover | | | | | |
| **19**  Other expenses . . . . . | | | | | |
|   **a** Association /Misc/Other | 8,850. | | 4,425. | | |
|   **b** | | | | | |
|   **c** | | | | | |
|   **d** | | | | | |
|   **e** Indirect operating exp . | | | | | |
|   **f** Operating exp carryover | | | | | |
|   **g** Vehicle rental . . . . . | | | | | |
|   **h** Amortization . . . . . . | | | | | |
| **20**  Add lines 5 through 19 | 121,382. | | 69,759. | | |
| **21**  Income or (loss) . . . . . . . . . | | | 29,241. | | |
| **22**  Deductible rental real estate loss . . . . . . . . . . | | | | | |

| Schedule E | **Schedule E Worksheet**<br>► Keep for your records | 2018 |
|---|---|---|

Name(s) shown on return
James D & Leonida L Butcher

**General Information:**

Property description . . . . . . . . <u>3222 Burke Rd</u>

Property type . . . <u>4 Commercial</u>     If type is other, enter a description . . <u> </u>

Location (street address) . . . . <u>3222 Burke Rd</u>

City . . . . . . . . <u>Pasadena</u>     State . . . . <u>TX</u>   ZIP code . . . . <u>77504</u>

If a foreign address:     Foreign province or state . . <u> </u>

Foreign postal code . . . . <u> </u>     Foreign country . . . . <u> </u>

**Complete For All Properties:**

Did you make any payments that would require you to file Form(s) 1099? . . . . . . . Yes [  ]  No [X]

If **yes**, did you or will you file all required Form(s) 1099? . . . . . . . . . . . . . . . . . . Yes [  ]  No [  ]

**Complete For All Rental Properties:**

Days rented at fair rental value . . . <u>365</u>  Days of personal use . . . . . . . . . . . <u>0</u>

**Check All That Apply:**

| | | | | |
|---|---|---|---|---|
| **A** | Owned by spouse . . . . . . . . . . . . . [X] | **B** | Owned jointly . . . . . . . . . . . . . . . [  ] |
| **C** | Active participation. . . . . . . . . . . . [X] | **D** | Material participation . . . . . . . . . . [  ] |
| **E** | Qualified joint venture . . . . . . . . . . [  ] | **F** | Some investment is not at risk. . . . . [  ] |
| **G** | Other passive exceptions . . . . . . . . . [  ] | **H** | Complete taxable disposition - See Help . [  ] |

Trade or business not subject to net investment income tax . . . . . . . . . . . . . . . . . [  ]

**I**   Treat all MACRS assets for this activity as qualified Indian reservation property? . . . Yes [  ]  No [X]

**J**   Treat all assets acquired after August 27, 2005 as
qualified GO Zone property? . . . . . . . . . . . . . . Regular [X]  Extension [  ]  No [  ]

**K**   Treat all assets acquired after May 4, 2007 as
qualified Kansas Disaster Zone property? . . . . . . . . . . . Yes [  ]  No [X]

**L**   Was this activity located in a Qualified Disaster Area? . . . . . . . . . . Yes [X]  No [  ]

**M**   Reserved for future use

**Ownership Percentage:**

**N**   Check to allocate income and expenses using ownership percentage . . . . . . . . . . . . . . . . . . . [X]

**O**   Enter ownership percentage . . . . . . . . . . . . . . . . . . . . . . . . . <u>50.000000</u> %

**Owner-Occupied Rentals:**

**P**   Check to allocate personal use items to Schedule A . . . . . . . . . . . . . . . . . . . . . . . . . . [  ]

**Q**   Percentage of rental use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . <u> </u> %

**Vacation Home or Property with Personal Use Days:**

**R**   Check to allocate interest and taxes using the Tax Court Method . . . . . . . . . . . . . . . . . . . . . . [  ]

**S**   Number of days property owned if less than the entire year . . . . . . . . . . . . . . . . . . . . . . . <u> </u>

| Property Location | | | Page **2** |
|---|---|---|---|
| 3222 Burke Rd, Pasadena, TX 77504 | | | |

| Income | | % if Different | Total |
|---|---|---|---|
| **3** **Enter** rental income (not reported elsewhere). . . . | 227,220. | | |
| Rental income from Form 1099-MISC . . . . . . | 2,000. | | |
| Rental income from Form 1099-K . . . . . . . . . | | | |
| Rental Income from Cancellation of Debt Wks . . . | | | |
| Total rents received . . . . . . . . . . . . . . . . | 229,220. | 50.000000 | 114,610. |
| **4** **Enter** royalties received (not reported elsewhere) . | | | |
| Royalty income from Form 1099-MISC . . . . . . | | | |
| Royalty income from Form 1099-K . . . . . . . . | | | |
| Royalty Income from Cancellation of Debt Wks . . . | | | |
| Royalty income from Schedule K-1 . . . . . . . . . | | | |
| Total royalties received . . . . . . . . . . . . . . | | | |

| Expenses | (a) Total | (b) Enter % if not 50.00 | (c) Reported On Schedule E | (d) Vacation Home Loss Limitation | (e) Allocated to Personal use |
|---|---|---|---|---|---|
| **5** Advertising . . . . . . . . | | | | | |
| **6 a** Auto . . . . . . . . . . . | | | | | |
| **b** Travel . . . . . . . . . | | | | | |
| **7** Cleaning and maint . . . | 10,800. | | 5,400. | | |
| **8** Commissions . . . . . . . | | | | | |
| **9 a** Mort insur qualified . . . | | | | | |
| From Form 1098 import | | | | | |
| Total mort insur qual . | | | | | |
| **b** Other Insurance . . . . . | 25,390. | | 12,695. | | |
| **10** Legal & other prof fees | | | | | |
| **11** Management fees . . . | 1,200. | | 600. | | |
| **12 a** Mortgage int qualified . . | 98,082. | | | | |
| From Form 1098 import | | | | | |
| Total mort int qualified | 98,082. | | 49,041. | | |
| **b** Mort int other . . . . . . | | | | | |
| From Form 1098 import | | | | | |
| Total mort int other . . . | | | | | |
| **13** Other interest . . . . . . | | | | | |
| **14** Repairs . . . . . . . . . | 25,756. | | 12,878. | | |
| **15** Supplies . . . . . . . . | 9,968. | | 4,984. | | |
| **16 a** Real estate taxes . . . | 43,440. | | | | |
| From Form 1098 import | | | | | |
| Total real estate taxes | 43,440. | | 21,720. | | |
| **b** Other taxes . . . . . . . | | | | | |
| **17** Utilities . . . . . . . . . | 29,014. | | 14,507. | | |
| **18 a** Depreciation . . . . . . | 28,012. | | 28,012. | | |
| **b** Depletion . . . . . . . . | | | | | |
| **c** Depreciation carryover | | | | | |
| **19** Other expenses . . . . . | | | | | |
| **a** | | | | | |
| **b** | | | | | |
| **c** | | | | | |
| **d** | | | | | |
| **e** Indirect operating exp . | | | | | |
| **f** Operating exp carryover | | | | | |
| **g** Vehicle rental . . . . . . | | | | | |
| **h** Amortization . . . . . . | | | | | |
| **20** Add lines 5 through 19 | 271,662. | | 149,837. | | |
| **21** Income or (loss) . . . . . . . . . . . | | | -35,227. | | |
| **22** Deductible rental real estate loss . . . . . . . . . . | | | -44,834. | | |

| Schedule E | **Schedule E Worksheet**<br>► Keep for your records | **2018** |
|---|---|---|

Name(s) shown on return
James D & Leonida L Butcher

**General Information:**

Property description . . . . . . . . 2234 NASA Parkway
Property type . . . 4 Commercial       If type is other, enter a description . .
Location (street address) . . . . 2234 NASA Parkway
City . . . . . . . . . Seabrook         State . . . . TX     ZIP code . . . . 77586
If a foreign address:     Foreign province or state . .
Foreign postal code . . . .                        Foreign country . . . .

**Complete For All Properties:**

Did you make any payments that would require you to file Form(s) 1099? . . . . . . . Yes [ ]  No [X]
If **yes**, did you or will you file all required Form(s) 1099? . . . . . . . . . . . . . . . . . Yes [ ]  No [ ]

**Complete For All Rental Properties:**

Days rented at fair rental value . . .       365  Days of personal use . . . . . . . . . . .       0

**Check All That Apply:**

| | | | | |
|---|---|---|---|---|
| **A** | Owned by spouse . . . . . . . . . . . . . [X] | **B** | Owned jointly . . . . . . . . . . . . . . [ ] |
| **C** | Active participation. . . . . . . . . . . . [X] | **D** | Material participation . . . . . . . . . . [ ] |
| **E** | Qualified joint venture . . . . . . . . . . [ ] | **F** | Some investment is not at risk. . . . . . [ ] |
| **G** | Other passive exceptions . . . . . . . . . [ ] | **H** | Complete taxable disposition - See Help . [ ] |

Trade or business not subject to net investment income tax . . . . . . . . . . . . . . . . . [ ]
**I** Treat all MACRS assets for this activity as qualified Indian reservation property? . . . Yes [ ] No [X]
**J** Treat all assets acquired after August 27, 2005 as
qualified GO Zone property? . . . . . . . . . . . . . . . . . Regular [X]  Extension [ ]  No [ ]
**K** Treat all assets acquired after May 4, 2007 as
qualified Kansas Disaster Zone property? . . . . . . . . . . . . . . Yes [ ] No [X]
**L** Was this activity located in a Qualified Disaster Area? . . . . . . . . . . Yes [X] No [ ]
**M** Reserved for future use

**Ownership Percentage:**

**N** Check to allocate income and expenses using ownership percentage . . . . . . . . . . . . . . . . . [X]
**O** Enter ownership percentage . . . . . . . . . . . . . . . . . . . . . . . . .       50.000000 %

**Owner-Occupied Rentals:**

**P** Check to allocate personal use items to Schedule A . . . . . . . . . . . . . . . . . . . . . . . [ ]
**Q** Percentage of rental use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ %

**Vacation Home or Property with Personal Use Days:**

**R** Check to allocate interest and taxes using the Tax Court Method . . . . . . . . . . . . . . . . . . [ ]
**S** Number of days property owned if less than the entire year . . . . . . . . . . . . . . . . . . . ____

**Property Location**                                                                 Page **2**

2234 NASA Parkway , Seabrook, TX 77586

| Income | | | % if Different | Total |
|---|---|---|---|---|
| **3** | **Enter** rental income (not reported elsewhere). . . . | 24,600. | | |
| | Rental income from Form 1099-MISC  . . . . . . . | | | |
| | Rental income from Form 1099-K . . . . . . . . . | | | |
| | Rental Income from Cancellation of Debt Wks  . . . | | | |
| | Total rents received . . . . . . . . . . . . . . . | 24,600. | 50.000000 | 12,300. |
| **4** | **Enter** royalties received (not reported elsewhere) . | | | |
| | Royalty income from Form 1099-MISC  . . . . . . . | | | |
| | Royalty income from Form 1099-K . . . . . . . . . | | | |
| | Royalty Income from Cancellation of Debt Wks . . . | | | |
| | Royalty income from Schedule K-1 . . . . . . . . . | | | |
| | Total royalties received  . . . . . . . . . . . . . | | | |

| Expenses | (a) Total | (b) Enter % if not 50.00 | (c) Reported On Schedule E | (d) Vacation Home Loss Limitation | (e) Allocated to Personal use |
|---|---|---|---|---|---|
| **5**  Advertising . . . . . . . . | | | | | |
| **6 a** Auto . . . . . . . . . . . | | | | | |
| **b** Travel . . . . . . . . . . | | | | | |
| **7**  Cleaning and maint . . . . | | | | | |
| **8**  Commissions . . . . . . . . | | | | | |
| **9 a** Mort insur qualified  . . . | | | | | |
| From Form 1098 import | | | | | |
| Total mort insur qual . | | | | | |
| **b** Other Insurance . . . . . | 4,822. | | 2,411. | | |
| **10**  Legal & other prof fees . | | | | | |
| **11**  Management fees . . . . . | | | | | |
| **12 a** Mortgage int qualified . . | 15,168. | | | | |
| From Form 1098 import | | | | | |
| Total mort int qualified | 15,168. | | 7,584. | | |
| **b** Mort int other . . . . . . | | | | | |
| From Form 1098 import | | | | | |
| Total mort int other . . . | | | | | |
| **13**  Other interest . . . . . . . | | | | | |
| **14**  Repairs . . . . . . . . . | | | | | |
| **15**  Supplies  . . . . . . . . | | | | | |
| **16 a** Real estate taxes  . . . | 7,482. | | | | |
| From Form 1098 import | | | | | |
| Total real estate taxes | 7,482. | | 3,741. | | |
| **b** Other taxes . . . . . . . . | | | | | |
| **17**  Utilities . . . . . . . . . | | | | | |
| **18 a** Depreciation . . . . . . | 8,943. | | 8,943. | | |
| **b** Depletion . . . . . . . . | | | | | |
| **c** Depreciation carryover | | | | | |
| **19**  Other expenses . . . . . | | | | | |
| **a** | | | | | |
| **b** | | | | | |
| **c** | | | | | |
| **d** | | | | | |
| **e** Indirect operating exp . . | | | | | |
| **f** Operating exp carryover | | | | | |
| **g** Vehicle rental . . . . . . | | | | | |
| **h** Amortization . . . . . . | | | | | |
| **20**  Add lines 5 through 19 . . | 36,415. | | 22,679. | | |
| **21**  Income or (loss) . . . . . . | | | -10,379. | | |
| **22**  Deductible rental real estate loss . . . . . . . . . . | | | -11,562. | | |

| Schedule E | **Schedule E Worksheet**<br>► Keep for your records | **2018** |
|---|---|---|

Name(s) shown on return
James D & Leonida L Butcher

**General Information:**

Property description . . . . . . . . 2514 Perez

Property type . . . 1 Single Family Residence If type is other, enter a description . .

Location (street address) . . . . . 2514 Perez

City . . . . . . . . Pasadena          State . . . . TX      ZIP code . . . . 77586

If a foreign address:     Foreign province or state . .

Foreign postal code . . . .          Foreign country . . . .

**Complete For All Properties:**

Did you make any payments that would require you to file Form(s) 1099? . . . . . . . . Yes ☐  No ☒

If **yes**, did you or will you file all required Form(s) 1099? . . . . . . . . . . . . . . . Yes ☐  No ☐

**Complete For All Rental Properties:**

Days rented at fair rental value . . .      365  Days of personal use . . . . . . . . . . .      0

**Check All That Apply:**

| | | | | |
|---|---|---|---|---|
| **A** | Owned by spouse . . . . . . . . . . . . . ☒ | **B** | Owned jointly . . . . . . . . . . . . . . . ☐ |
| **C** | Active participation. . . . . . . . . . . . ☒ | **D** | Material participation . . . . . . . . . . . ☐ |
| **E** | Qualified joint venture . . . . . . . . . . ☐ | **F** | Some investment is not at risk . . . . . . ☐ |
| **G** | Other passive exceptions . . . . . . . . . ☐ | **H** | Complete taxable disposition - See Help . ☐ |

Trade or business not subject to net investment income tax . . . . . . . . . . . . . . . . . ☐

**I**  Treat all MACRS assets for this activity as qualified Indian reservation property? . . . Yes ☐  No ☒

**J**  Treat all assets acquired after August 27, 2005 as
qualified GO Zone property?                          Regular ☒  Extension ☐  No ☐

**K**  Treat all assets acquired after May 4, 2007 as
qualified Kansas Disaster Zone property? . . . . . . . . . . . . . Yes ☐  No ☒

**L**  Was this activity located in a Qualified Disaster Area? . . . . . . . . . Yes ☒  No ☐

**M**  Reserved for future use

**Ownership Percentage:**

**N**  Check to allocate income and expenses using ownership percentage . . . . . . . . . . . . . . . ☒

**O**  Enter ownership percentage . . . . . . . . . . . . . . . . . . . . . . . . . . . 50.000000 %

**Owner-Occupied Rentals:**

**P**  Check to allocate personal use items to Schedule A . . . . . . . . . . . . . . . . . . . . . . . ☐

**Q**  Percentage of rental use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ %

**Vacation Home or Property with Personal Use Days:**

**R**  Check to allocate interest and taxes using the Tax Court Method . . . . . . . . . . . . . . . . . ☐

**S**  Number of days property owned if less than the entire year . . . . . . . . . . . . . . . . . . . ____

**Property Location**                                                                Page **2**

2514 Perez, Pasadena , TX 77586

| Income | | | % if Different | Total |
|---|---:|---|---:|---:|
| **3** **Enter** rental income (not reported elsewhere). . . . | 13,800. | | | |
|   Rental income from Form 1099-MISC  . . . . . . | | | | |
|   Rental income from Form 1099-K  . . . . . . . | | | | |
|   Rental Income from Cancellation of Debt Wks  . . . | | | | |
|   Total rents received . . . . . . . . . . . . . . . | 13,800. | | 50.000000 | 6,900. |
| **4** **Enter** royalties received (not reported elsewhere) . | | | | |
|   Royalty income from Form 1099-MISC  . . . . . . | | | | |
|   Royalty income from Form 1099-K  . . . . . . . | | | | |
|   Royalty Income from Cancellation of Debt Wks . . . | | | | |
|   Royalty income from Schedule K-1 . . . . . . . . | | | | |
|   Total royalties received  . . . . . . . . . . . . | | | | |

| Expenses | (a) Total | (b) Enter % if not 50.00 | (c) Reported On Schedule E | (d) Vacation Home Loss Limitation | (e) Allocated to Personal use |
|---|---:|---|---:|---|---|
| **5** Advertising . . . . . . . . | | | | | |
| **6 a** Auto . . . . . . . . . . . | | | | | |
| **b** Travel . . . . . . . . . . | | | | | |
| **7** Cleaning and maint . . . | | | | | |
| **8** Commissions . . . . . . . | | | | | |
| **9 a** Mort insur qualified  . . . | | | | | |
|   From Form 1098 import | | | | | |
|   Total mort insur qual . . | | | | | |
| **b** Other Insurance . . . . . | 3,000. | | 1,500. | | |
| **10** Legal & other prof fees | | | | | |
| **11** Management fees . . . . | | | | | |
| **12 a** Mortgage int qualified . . | 2,358. | | | | |
|   From Form 1098 import | | | | | |
|   Total mort int qualified | 2,358. | | 1,179. | | |
| **b** Mort int other . . . . . . | | | | | |
|   From Form 1098 import | | | | | |
|   Total mort int other . . . | | | | | |
| **13** Other interest . . . . . . | | | | | |
| **14** Repairs . . . . . . . . . | | | | | |
| **15** Supplies  . . . . . . . . | | | | | |
| **16 a** Real estate taxes  . . . | 5,926. | | | | |
|   From Form 1098 import | | | | | |
|   Total real estate taxes | 5,926. | | 2,963. | | |
| **b** Other taxes . . . . . . . | | | | | |
| **17** Utilities . . . . . . . . . | | | | | |
| **18 a** Depreciation . . . . . . | 2,558. | | 2,558. | | |
| **b** Depletion . . . . . . . . | | | | | |
| **c** Depreciation carryover | | | | | |
| **19** Other expenses . . . . . | | | | | |
| **a** | | | | | |
| **b** | | | | | |
| **c** | | | | | |
| **d** | | | | | |
| **e** Indirect operating exp . . | | | | | |
| **f** Operating exp carryover | | | | | |
| **g** Vehicle rental . . . . . . | | | | | |
| **h** Amortization . . . . . . | | | | | |
| **20** Add lines 5 through 19 | 13,842. | | 8,200. | | |
| **21** Income or (loss) . . . . . | | | -1,300. | | |
| **22** Deductible rental real estate loss . . . . . . . . . . | | | -2,160. | | |

| Schedule E | **Schedule E Worksheet**<br>► Keep for your records | **2019** |
|---|---|---|

Name(s) shown on return
James D & Leonida L Butcher

## General Information:

Property description . . . . . . . . 17250 El Camino Real
Property type . . . 4 Commercial          If type is other, enter a description . .
Location (street address) . . . . . 17250 El Camino Real
City . . . . . . . . . Houston          State . . . . TX     ZIP code . . . . 77058
If a foreign address:     Foreign province or state . .
Foreign postal code . . . .          Foreign country  . . . .

## Complete For All Properties:

Did you make any payments that would require you to file Form(s) 1099? . . . . . . . . Yes ☐  No ☒
If **yes**, did you or will you file all required Form(s) 1099?. . . . . . . . . . . . . . . . . Yes ☐  No ☐

## Complete For All Rental Properties:

Days rented at fair rental value . . .        365  Days of personal use . . . . . . . . . . .          0

## Check All That Apply:

| A | Owned by spouse . . . . . . . . . . . . . ☒ | B | Owned jointly . . . . . . . . . . . . . . ☐ |
|---|---|---|---|
| C | Active participation. . . . . . . . . . . . ☒ | D | Material participation . . . . . . . . . . ☐ |
| E | Qualified joint venture . . . . . . . . . . ☐ | F | Some investment is not at risk. . . . . . ☐ |
| G | Other passive exceptions . . . . . . . . . ☐ | H | Complete taxable disposition - See Help . ☐ |

Trade or business not subject to net investment income tax . . . . . . . . . . . . . . . . ☐
I   Treat all MACRS assets for this activity as qualified Indian reservation property? . . . Yes ☐  No ☒
J   Treat all assets acquired after August 27, 2005 as
    qualified GO Zone property? . . . . . . . . . . . . . . Regular ☐  Extension ☐  No ☒
K   Treat all assets acquired after May 4, 2007 as
    qualified Kansas Disaster Zone property? . . . . . . . . . . . . . . . . . Yes ☐  No ☒
L   Was this activity located in a Qualified Disaster Area? . . . . . . . . . . Yes ☒  No ☐
M   Reserved for future use

## Ownership Percentage:

N   Check to allocate income and expenses using ownership percentage . . . . . . . . . . . . . . . . . ☒
O   Enter ownership percentage . . . . . . . . . . . . . . . . . . . . . . . . . . . 50.000000 %

## Owner-Occupied Rentals:

P   Check to allocate personal use items to Schedule A . . . . . . . . . . . . . . . . . . . . . . . ☐
Q   Percentage of rental use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . %

## Vacation Home or Property with Personal Use Days:

R   Check to allocate interest and taxes using the Tax Court Method . . . . . . . . . . . . . . . . . . ☐
S   Number of days property owned if less than the entire year . . . . . . . . . . . . . . . . . . . .

**Property Location**                                                                                    Page **2**

17250 El Camino Real, Houston, TX 77058

| Income | | | % if Different | Total |
|---|---|---|---|---|
| **3** | **Enter** rental income (not reported elsewhere) . . . . | 200,921. | | |
| | Rental income from Form 1099-MISC . . . . . . . | | | |
| | Rental income from Form 1099-K . . . . . . . . . | | | |
| | Rental Income from Cancellation of Debt Wks . . . | | | |
| | Total rents received . . . . . . . . . . . . . . | 200,921. | 50.000000 | 100,461. |
| **4** | **Enter** royalties received (not reported elsewhere) . | | | |
| | Royalty income from Form 1099-MISC . . . . . . . | | | |
| | Royalty income from Form 1099-K . . . . . . . . . | | | |
| | Royalty Income from Cancellation of Debt Wks . . . | | | |
| | Royalty Income from Schedule K-1 . . . . . . . . . | | | |
| | Total royalties received . . . . . . . . . . . . . | | | |

| Expenses | (a) Total | (b) Enter % if not 50.00 | (c) Reported On Schedule E | (d) Vacation Home Loss Limitation | (e) Allocated to Personal use |
|---|---|---|---|---|---|
| **5** Advertising . . . . . . . . | | | | | |
| **6 a** Auto . . . . . . . . . . . | | | | | |
| **b** Travel . . . . . . . . . | | | | | |
| **7** Cleaning and maint . . . | | | | | |
| **8** Commissions . . . . . . . | | | | | |
| **9 a** Mort insur qualified . . | | | | | |
| From Form 1098 import | | | | | |
| Total mort insur qual . . | | | | | |
| **b** Other Insurance . . . . . | | | | | |
| **10** Legal & other prof fees | | | | | |
| **11** Management fees . . . . . | | | | | |
| **12 a** Mortgage int qualified . . | 73,143. | | | | |
| From Form 1098 import | | | | | |
| Total mort int qualified | 73,143. | | 36,572. | | |
| **b** Mort int other . . . . . . | | | | | |
| From Form 1098 import | | | | | |
| Total mort int other . . . | | | | | |
| **13** Other interest . . . . . . | | | | | |
| **14** Repairs . . . . . . . . . | | | | | |
| **15** Supplies . . . . . . . . | | | | | |
| **16 a** Real estate taxes . . . | 35,610. | | | | |
| From Form 1098 import | | | | | |
| Total real estate taxes | 35,610. | | 17,805. | | |
| **b** Other taxes . . . . . . . . | | | | | |
| **17** Utilities . . . . . . . . | | | | | |
| **18 a** Depreciation . . . . . . | 18,135. | | 18,135. | | |
| **b** Depletion . . . . . . . . | | | | | |
| **c** Depreciation carryover | | | | | |
| **19** Other expenses . . . . . | | | | | |
| **a** Association /Misc/Other | 250. | | 125. | | |
| **b** | | | | | |
| **c** | | | | | |
| **d** | | | | | |
| **e** Indirect operating exp . . | | | | | |
| **f** Operating exp carryover | | | | | |
| **g** Vehicle rental . . . . . . | | | | | |
| **h** Amortization . . . . . . | | | | | |
| **20** Add lines 5 through 19 | 127,138. | | 72,637. | | |
| **21** Income or (loss) . . . . . . . . . . | | | 27,824. | | |
| **22** Deductible rental real estate loss . . . . . . . . . . | | | | | |

| Schedule E | **Schedule E Worksheet**<br>► Keep for your records | **2019** |
|---|---|---|

Name(s) shown on return
James D & Leonida L Butcher

**General Information:**

Property description . . . . . . . <u>3222 Burke Rd</u>
Property type . . . <u>4 Commercial</u>  If type is other, enter a description . . <u> </u>
Location (street address) . . . . <u>3222 Burke Rd</u>
City . . . . . . . . <u>Pasadena</u>  State . . . . <u>TX</u>  ZIP code . . . . <u>77504</u>
If a foreign address:  Foreign province or state . . <u> </u>
Foreign postal code . . . . <u> </u>  Foreign country . . . . <u> </u>

**Complete For All Properties:**

Did you make any payments that would require you to file Form(s) 1099? . . . . . . . Yes ☐ No ☒
If **yes**, did you or will you file all required Form(s) 1099? . . . . . . . . . . . . . . . . Yes ☐ No ☐

**Complete For All Rental Properties:**

Days rented at fair rental value . . . <u>365</u>  Days of personal use . . . . . . . . . . . <u>0</u>

**Check All That Apply:**

| | | | | |
|---|---|---|---|---|
| **A** | Owned by spouse . . . . . . . . . . . . . ☒ | **B** | Owned jointly . . . . . . . . . . . . . . . . ☐ |
| **C** | Active participation. . . . . . . . . . . . . ☒ | **D** | Material participation . . . . . . . . . . . . ☐ |
| **E** | Qualified joint venture . . . . . . . . . . . ☐ | **F** | Some investment is not at risk. . . . . . . ☐ |
| **G** | Other passive exceptions . . . . . . . . . . ☐ | **H** | Complete taxable disposition - See Help . ☐ |

Trade or business not subject to net investment income tax . . . . . . . . . . . . . . . . ☐
**I** Treat all MACRS assets for this activity as qualified Indian reservation property? . . . Yes ☐ No ☒
**J** Treat all assets acquired after August 27, 2005 as
qualified GO Zone property?  Regular ☐  Extension ☐  No ☒
**K** Treat all assets acquired after May 4, 2007 as
qualified Kansas Disaster Zone property? . . . . . . . . . . . . Yes ☐  No ☒
**L** Was this activity located in a Qualified Disaster Area? . . . . . . . . . . . . . Yes ☒  No ☐
**M** Reserved for future use

**Ownership Percentage:**

**N** Check to allocate income and expenses using ownership percentage . . . . . . . . . . . . . . . ☒
**O** Enter ownership percentage . . . . . . . . . . . . . . . . . . . . . . . . . <u>50.000000</u> %

**Owner-Occupied Rentals:**

**P** Check to allocate personal use items to Schedule A . . . . . . . . . . . . . . . . . . . . . . . ☐
**Q** Percentage of rental use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . <u> </u> %

**Vacation Home or Property with Personal Use Days:**

**R** Check to allocate interest and taxes using the Tax Court Method . . . . . . . . . . . . . . . . . . . ☐
**S** Number of days property owned if less than the entire year . . . . . . . . . . . . . . . . . . . <u> </u>

**Property Location**  Page **2**

3222 Burke Rd, Pasadena, TX 77504

| Income | | % if Different | Total |
|---|---|---|---|
| **3** **Enter** rental income (not reported elsewhere). . . . | 245,581. | | |
| Rental income from Form 1099-MISC  . . . . . . . | | | |
| Rental income from Form 1099-K  . . . . . . . . | | | |
| Rental Income from Cancellation of Debt Wks  . . . | | | |
| Total rents received . . . . . . . . . . . . . . . | 245,581. | 50.000000 | 122,791. |
| **4** **Enter** royalties received (not reported elsewhere)  . | | | |
| Royalty income from Form 1099-MISC  . . . . . . . | | | |
| Royalty income from Form 1099-K  . . . . . . . . | | | |
| Royalty Income from Cancellation of Debt Wks . . . | | | |
| Royalty Income from Schedule K-1  . . . . . . . . | | | |
| Total royalties received  . . . . . . . . . . . . . | | | |

| Expenses | (a)<br>Total | (b)<br>Enter %<br>if not<br>50.00 | (c)<br>Reported On<br>Schedule E | (d)<br>Vacation<br>Home Loss<br>Limitation | (e)<br>Allocated to<br>Personal<br>use |
|---|---|---|---|---|---|
| **5** Advertising . . . . . . . . | | | | | |
| **6 a** Auto . . . . . . . . . . . | | | | | |
| **b** Travel . . . . . . . . . | | | | | |
| **7** Cleaning and maint  . . . | 10,800. | | 5,400. | | |
| **8** Commissions . . . . . . . | | | | | |
| **9 a** Mort insur qualified   . . | | | | | |
| From Form 1098 import | | | | | |
| Total mort insur qual . . | | | | | |
| **b** Other Insurance . . . . . | 25,390. | | 12,695. | | |
| **10** Legal & other prof fees | | | | | |
| **11** Management fees . . . . | 1,200. | | 600. | | |
| **12 a** Mortgage int qualified  . . | 88,273. | | | | |
| From Form 1098 import | | | | | |
| Total mort int qualified | 88,273. | | 44,137. | | |
| **b** Mort int other . . . . . . | | | | | |
| From Form 1098 import | | | | | |
| Total mort int other . . . | | | | | |
| **13** Other interest . . . . . . | | | | | |
| **14** Repairs . . . . . . . . . | 28,332. | | 14,166. | | |
| **15** Supplies  . . . . . . . . | 10,964. | | 5,482. | | |
| **16 a** Real estate taxes  . . . | 36,803. | | | | |
| From Form 1098 import | | | | | |
| Total real estate taxes | 36,803. | | 18,402. | | |
| **b** Other taxes . . . . . . . . | | | | | |
| **17** Utilities . . . . . . . . . | 31,915. | | 15,957. | | |
| **18 a** Depreciation . . . . . . | 28,012. | | 28,012. | | |
| **b** Depletion . . . . . . . . . | | | | | |
| **c** Depreciation carryover | | | | | |
| **19** Other expenses . . . . . | | | | | |
| **a** | | | | | |
| **b** | | | | | |
| **c** | | | | | |
| **d** | | | | | |
| **e** Indirect operating exp . | | | | | |
| **f** Operating exp carryover | | | | | |
| **g** Vehicle rental . . . . . . | | | | | |
| **h** Amortization  . . . . . . | | | | | |
| **20** Add lines 5 through 19 | 261,689. | | 144,851. | | |
| **21** Income or (loss) . . . . . . . . . . . . . . . . | | | -22,060. | | |
| **22** Deductible rental real estate loss . . . . . . . . . . | | | -43,129. | | |

| Schedule E | **Schedule E Worksheet**<br>► Keep for your records | **2019** |
|---|---|---|

Name(s) shown on return
James D & Leonida L Butcher

**General Information:**

Property description . . . . . . . . <u>2234 NASA Parkway</u>
Property type . . . <u>4 Commercial</u>       If type is other, enter a description . . <u>                    </u>
Location (street address) . . . . <u>2234 NASA Parkway</u>
City . . . . . . . . . <u>Seabrook</u>         State . . . . <u>TX</u>     ZIP code . . . . <u>77586</u>
If a foreign address:       Foreign province or state . . <u>                    </u>
Foreign postal code . . . . <u>                    </u>     Foreign country . . . . <u>                    </u>

**Complete For All Properties:**

Did you make any payments that would require you to file Form(s) 1099? . . . . . . . . Yes ☐   No ☒
If **yes**, did you or will you file all required Form(s) 1099?. . . . . . . . . . . . . . . . . Yes ☐   No ☐

**Complete For All Rental Properties:**

Days rented at fair rental value . . .  <u>365</u>  Days of personal use . . . . . . . . . . . .  <u>0</u>

**Check All That Apply:**

| | | | | | |
|---|---|---|---|---|---|
| **A** | Owned by spouse . . . . . . . . . . . . . | ☒ | **B** | Owned jointly . . . . . . . . . . . . . . . . | ☐ |
| **C** | Active participation. . . . . . . . . . . . | ☒ | **D** | Material participation . . . . . . . . . . . | ☐ |
| **E** | Qualified joint venture . . . . . . . . . . | ☐ | **F** | Some investment is not at risk. . . . . . | ☐ |
| **G** | Other passive exceptions . . . . . . . . . | ☐ | **H** | Complete taxable disposition - See Help . | ☐ |

Trade or business not subject to net investment income tax . . . . . . . . . . . . . . . . ☐
**I** Treat all MACRS assets for this activity as qualified Indian reservation property? . . . Yes ☐   No ☒
**J** Treat all assets acquired after August 27, 2005 as
qualified GO Zone property?       Regular ☐   Extension ☐   No ☒
**K** Treat all assets acquired after May 4, 2007 as
qualified Kansas Disaster Zone property? . . . . . . . . . . . . . . . Yes ☐   No ☒
**L** Was this activity located in a Qualified Disaster Area? . . . . . . . . . Yes ☒   No ☐
**M** Reserved for future use

**Ownership Percentage:**

**N** Check to allocate income and expenses using ownership percentage . . . . . . . . . . . . . . . . . . ☒
**O** Enter ownership percentage . . . . . . . . . . . . . . . . . . . . . . . . <u>50.000000</u> %

**Owner-Occupied Rentals:**

**P** Check to allocate personal use items to Schedule A . . . . . . . . . . . . . . . . . . . . . . . . . ☐
**Q** Percentage of rental use . . . . . . . . . . . . . . . . . . . . . . . . . . . . <u>            </u> %

**Vacation Home or Property with Personal Use Days:**

**R** Check to allocate interest and taxes using the Tax Court Method . . . . . . . . . . . . . . . . . . . . ☐
**S** Number of days property owned if less than the entire year . . . . . . . . . . . . . . . . . . . . . . <u>      </u>

**Property Location**                                                                  Page **2**

2234 NASA Parkway , Seabrook, TX 77586

| Income | | % if Different | Total |
|---|---|---|---|
| 3 | **Enter** rental income (not reported elsewhere). . . . | 43,800. | | |
| | Rental income from Form 1099-MISC   . . . . . . . | | | |
| | Rental income from Form 1099-K   . . . . . . . | | | |
| | Rental Income from Cancellation of Debt Wks  . . . | | | |
| | Total rents received . . . . . . . . . . . . . . | 43,800. | 50.000000 | 21,900. |
| 4 | **Enter** royalties received (not reported elsewhere)  . | | | |
| | Royalty income from Form 1099-MISC  . . . . . . . | | | |
| | Royalty income from Form 1099-K   . . . . . . . | | | |
| | Royalty Income from Cancellation of Debt Wks . . . | | | |
| | Royalty Income from Schedule K-1  . . . . . . . | | | |
| | Total royalties received  . . . . . . . . . . . . . | | | |

| Expenses | (a) Total | (b) Enter % if not 50.00 | (c) Reported On Schedule E | (d) Vacation Home Loss Limitation | (e) Allocated to Personal use |
|---|---|---|---|---|---|
| 5    Advertising . . . . . . . | | | | | |
| 6 a  Auto . . . . . . . . . . . | | | | | |
| b  Travel  . . . . . . . . . | | | | | |
| 7    Cleaning and maint  . . . | | | | | |
| 8    Commissions . . . . . . . | | | | | |
| 9 a  Mort insur qualified  . . | | | | | |
| From Form 1098 import | | | | | |
| Total mort insur qual . . | | | | | |
| b  Other Insurance . . . . . | 4,822. | | 2,411. | | |
| 10   Legal & other prof fees | | | | | |
| 11   Management fees . . . . . | | | | | |
| 12 a  Mortgage int qualified . . | 13,651. | | | | |
| From Form 1098 import | | | | | |
| Total mort int qualified | 13,651. | | 6,826. | | |
| b  Mort int other . . . . . . | | | | | |
| From Form 1098 import | | | | | |
| Total mort int other . . . | | | | | |
| 13   Other interest . . . . . . | | | | | |
| 14   Repairs . . . . . . . . . | | | | | |
| 15   Supplies  . . . . . . . . | | | | | |
| 16 a  Real estate taxes  . . . . | 7,482. | | | | |
| From Form 1098 import | | | | | |
| Total real estate taxes | 7,482. | | 3,741. | | |
| b  Other taxes . . . . . . . . | | | | | |
| 17   Utilities . . . . . . . . | | | | | |
| 18 a  Depreciation . . . . . . | 8,944. | | 8,944. | | |
| b  Depletion . . . . . . . | | | | | |
| c  Depreciation carryover | | | | | |
| 19   Other expenses . . . . . | | | | | |
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e  Indirect operating exp . | | | | | |
| f  Operating exp carryover | | | | | |
| g  Vehicle rental . . . . . | | | | | |
| h  Amortization . . . . . . | | | | | |
| 20   Add lines 5 through 19 | 34,899. | | 21,922. | | |
| 21   Income or (loss) . . . . . . . . . . . . . . . | | | -22. | | |
| 22   Deductible rental real estate loss . . . . . . . . . | | | -6,536. | | |

| Schedule E | **Schedule E Worksheet**<br>► Keep for your records | **2019** |
|---|---|---|

Name(s) shown on return
James D & Leonida L Butcher

**General Information:**

Property description . . . . . . . . 2514 Perez
Property type . . . 1 Single Family Residence If type is other, enter a description . .
Location (street address) . . . . . 2514 Perez
City . . . . . . . . Pasadena          State . . . . TX     ZIP code . . . . 77586
If a foreign address:     Foreign province or state . .
Foreign postal code . . . .                        Foreign country  . . . .

**Complete For All Properties:**

Did you make any payments that would require you to file Form(s) 1099? . . . . . . . Yes ☐   No ☒
If **yes**, did you or will you file all required Form(s) 1099? . . . . . . . . . . . . . . . . . Yes ☐   No ☐

**Complete For All Rental Properties:**

Days rented at fair rental value . . .        365  Days of personal use . . . . . . . . . . .          0

**Check All That Apply:**

| | | | | |
|---|---|---|---|---|
| **A** | Owned by spouse . . . . . . . . . . . . ☒ | **B** | Owned jointly . . . . . . . . . . . . . . . ☐ |
| **C** | Active participation. . . . . . . . . . . . ☒ | **D** | Material participation . . . . . . . . . . . ☐ |
| **E** | Qualified joint venture . . . . . . . . . . ☐ | **F** | Some investment is not at risk. . . . . . . ☐ |
| **G** | Other passive exceptions . . . . . . . . . ☐ | **H** | Complete taxable disposition - See Help . ☐ |

Trade or business not subject to net investment income tax . . . . . . . . . . . . . . . . . ☐
**I**  Treat all MACRS assets for this activity as qualified Indian reservation property? . . . Yes ☐   No ☒
**J**  Treat all assets acquired after August 27, 2005 as
qualified GO Zone property? . . . . . . . . . . . Regular ☒  Extension ☐  No ☐
**K**  Treat all assets acquired after May 4, 2007 as
qualified Kansas Disaster Zone property? . . . . . . . . . . . . . . . . . Yes ☐   No ☒
**L**  Was this activity located in a Qualified Disaster Area? . . . . . . . . . . Yes ☒  No ☐
**M**  Reserved for future use

**Ownership Percentage:**

**N**  Check to allocate income and expenses using ownership percentage . . . . . . . . . . . . . . . . ☒
**O**  Enter ownership percentage . . . . . . . . . . . . . . . . . . . . . . . . 50.000000 %

**Owner-Occupied Rentals:**

**P**  Check to allocate personal use items to Schedule A . . . . . . . . . . . . . . . . . . . . . . . . ☐
**Q**  Percentage of rental use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . %

**Vacation Home or Property with Personal Use Days:**

**R**  Check to allocate interest and taxes using the Tax Court Method . . . . . . . . . . . . . . . . . . . ☐
**S**  Number of days property owned if less than the entire year . . . . . . . . . . . . . . . . . . . .

**Property Location**                                                                                           Page **2**

2514 Perez, Pasadena , TX 77586

| Income | | % if Different | Total |
|---|---|---|---|
| **3** **Enter** rental income (not reported elsewhere). . . . | 13,800. | | |
| Rental income from Form 1099-MISC  . . . . . . . | | | |
| Rental income from Form 1099-K  . . . . . . . . | | | |
| Rental Income from Cancellation of Debt Wks  . . . | | | |
| Total rents received . . . . . . . . . . . . . . . | 13,800. | 50.000000 | 6,900. |
| **4** **Enter** royalties received (not reported elsewhere)  . | | | |
| Royalty income from Form 1099-MISC  . . . . . . . | | | |
| Royalty income from Form 1099-K  . . . . . . . . | | | |
| Royalty Income from Cancellation of Debt Wks . . . | | | |
| Royalty Income from Schedule K-1 . . . . . . . . . | | | |
| Total royalties received . . . . . . . . . . . . . | | | |

| Expenses | (a) Total | (b) Enter % if not 50.00 | (c) Reported On Schedule E | (d) Vacation Home Loss Limitation | (e) Allocated to Personal use |
|---|---|---|---|---|---|
| **5** Advertising . . . . . . . . | | | | | |
| **6 a** Auto . . . . . . . . . . . | | | | | |
| **b** Travel  . . . . . . . . . | | | | | |
| **7** Cleaning and maint  . . . | | | | | |
| **8** Commissions . . . . . . . | | | | | |
| **9 a** Mort insur qualified  . . | | | | | |
| From Form 1098 import | | | | | |
| Total mort insur qual . . | | | | | |
| **b** Other Insurance . . . . . | 3,000. | | 1,500. | | |
| **10** Legal & other prof fees | | | | | |
| **11** Management fees . . . . | | | | | |
| **12 a** Mortgage int qualified . . | 1,721. | | | | |
| From Form 1098 import | | | | | |
| Total mort int qualified | 1,721. | | 861. | | |
| **b** Mort int other . . . . . . | | | | | |
| From Form 1098 import | | | | | |
| Total mort int other . . . | | | | | |
| **13** Other interest. . . . . . . | | | | | |
| **14** Repairs . . . . . . . . . | | | | | |
| **15** Supplies  . . . . . . . . | | | | | |
| **16 a** Real estate taxes . . . . | 3,743. | | | | |
| From Form 1098 import | | | | | |
| Total real estate taxes | 3,743. | | 1,871. | | |
| **b** Other taxes . . . . . . . . | | | | | |
| **17** Utilities . . . . . . . . . | | | | | |
| **18 a** Depreciation . . . . . . | 2,558. | | 2,558. | | |
| **b** Depletion . . . . . . . . | | | | | |
| **c** Depreciation carryover | | | | | |
| **19** Other expenses . . . . . | | | | | |
| **a** | | | | | |
| **b** | | | | | |
| **c** | | | | | |
| **d** | | | | | |
| **e** Indirect operating exp . | | | | | |
| **f** Operating exp carryover | | | | | |
| **g** Vehicle rental . . . . . | | | | | |
| **h** Amortization . . . . . . | | | | | |
| **20** Add lines 5 through 19 | 11,022. | | 6,790. | | |
| **21** Income or (loss) . . . . . . . . . . . . . . . | | | 110. | | |
| **22** Deductible rental real estate loss . . . . . . . . . . | | | −1,240. | | |

PL EX A-7    and PL EX A-13

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    c    65432

OFFICE OF BEVERLY B. KAUFMAN, COUNTY CLERK, HARRIS COUNTY, TEXAS
P.O. BOX 1525 · HOUSTON, TEXAS 77251-1525

04/10/02  800059012    $12.00
06 issued Name

**ASSUMED NAME RECORDS
CERTIFICATE OF OWNERSHIP FOR
UNINCORPORATED BUSINESS OR PROFESSION**

FILED

2007 APR 10 AM II: 20

Beverly B. Kaufman
COUNTY CLERK

NOTICE
A CERTIFICATE OF OWNERSHIP IS VALID ONLY FOR A PERIOD NOT
TO EXCEED 10 YEARS FROM THE DATE FILED IN THE COUNTY CLERK'S OFFICE
(Chapter 36 of the Texas Business and Commerce Code)

[A beginning character other than a letter or a number, or the last portion of a name that exceeds 57 characters, will not be reflected in the indices. Please print legibly.]

NAME IN WHICH BUSINESS IS OR WILL BE CONDUCTED: _J C LEON PROPERTIES_

BUSINESS ADDRESS _17250 EL CAMINO REAL_

CITY _HOUSTON_    STATE _TX_    ZIP _77058_

PERIOD (not to exceed 10 years) DURING WHICH ASSUMED NAME WILL BE USED: _10 YEARS_

BUSINESS IS TO BE CONDUCTED AS (Check One): ☑ Proprietorship ☐ Sole Practitioner ☐ Other_____
☐ General Partnership ☐ Joint Venture ☐ Joint Stock Company ☐ Real Estate Investment Trust

I/We, the undersigned, am/are the owner(s) of the above business and my/our name(s) and address(es) given is/are true and correct, and there is/are no ownership(s) in said business other than those listed below.

-NAMES OF OWNERS-

NAME    LEONIDA LIMAS BUTCHER    SIGNATURE _____
(print or type)
Residence Address    480 KIRBY RD

City: TAYLOR LAKE VILLAGE    State: TEXAS    Zip: 77586

NAME    JAMES DOUGLAS BUTCHER    SIGNATURE _____
(print or type)
Residence Address    480 KIRBY RD

City: TAYLOR LAKE VILLAGE    State: TEXAS    Zip: 77586

NAME    JIMMY LEE BUTCHER    SIGNATURE _____
Residence Address    480 KIRBY DR

City: SEABROOK    State: TEXAS    Zip: 77586

If this instrument is executed by an attorney-in-fact, the attorney-in-fact hereby states that s/he/they has/have been duly authorized in writing by his/her principal to execute and acknowledge the same.

THE STATE OF TEXAS §
COUNTY OF HARRIS §

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared _____

LEONIDA LIMAS BUTCHER & JAMES DOUGLAS BUTCHER &

JIMMY LEE BUTCHER

known to me to be the person(s) whose name(s) is/are subscribed to the foregoing instrument and acknowledged to me that s/he/they is/are the owner(s) of the above named business and that s/he/they signed the same for the purpose and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, on _____ APRIL 10, 2002 _____

(Seal)

_____
Deputy County Clerk / _____
BILLY GILBERT

Form No. D-02-07 (Rev. 11/99)

08/08/2022  ER  $26.00

PL EX A-8

EXHIBIT "A"

## <u>PROPERTY AGREEMENT</u>

### PURSUANT TO CHAPTER 4 OF THE TEXAS FAMILY CODE

Date of this Agreement: June 27, 2022.

This agreement is between **Leonida Butcher** and **James Douglas Butcher**, wife and husband, pursuant to Chapter 4 of the Texas Family Code.

Pursuant to Section 4.102 of the Texas Family Code, the parties hereto desire to confirm the partition or exchange between themselves of all or part of their community property, now existing or acquired in the future.

This Agreement confirms and re-states, in writing, the 1996 Agreement made between Leonida Butcher and James Douglas Butcher, relative to real Property acquired by Leonida Butcher and James Douglas Butcher, which agreement has been in place and followed by the parties hereto since 1996.

As part of that previous, existing Agreement, the parties desire to confirm and agree that all real property acquired by Leonida Butcher and James Douglas Butcher, except for their homestead property, shall be the separate property of Leonida Butcher.

The parties acknowledge that all previous property acquired in the name of both parties hereto has been treated and accounted for as the sole management community property of Leonida Butcher, and that James Douglas Butcher has had no active involvement in the management or control of the referenced properties.

1 | P a g e

JC LION 000037

With regard thereto, the parties hereto acknowledge, confirm, and agree that the following real Property is and shall remain the separate real Property of Leonida Butcher:

**17250 El Camino Real, Webster, Texas 77058. Harris County Clerk's File No. V738773.**

**2234 NASA Road 1, Seabrook, Texas 77586. Harris County Clerk's File No. W307730.**

**3222 Burke Rd, Pasadena, Texas 77504. Harris County Clerk's File No. X069729.**

**2514 Perez Rd, Pasadena, Texas 77502. Harris County Clerk's File No. 20080276407.**

Further, the parties hereto acknowledge, confirm, and agree that all historic, current, and future earnings and income arising from the referenced Property have been and shall be the separate Property of Leonida Butcher.

As previously stated, this Agreement acknowledges, confirms, and restates, in writing, the Agreement relative to real Property acquired by Leonida Butcher, which agreement has been in place and followed since its inception in 1996.

Further, pursuant to Section 4.106 of the Texas Family Code, the intent of this Agreement is to re-state, and set forth in writing, the parties' existing 1996 agreement regarding real property acquired by the Butchers.

The parties hereto file this agreement in good faith, and not to affect the rights of pre-existing creditors, if any.

Date of this Agreement: June 27, 2022.

**LEONIDA BUTCHER**

STATE OF TEXAS                                §

**2 | Page**

COUNTY OF HARRIS                    §

BEFORE ME, the undersigned authority, on this day personally appeared LEONIDA BUTCHER, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he has executed the same in the capacities and for the purposes and considerations therein expressed.

GIVEN UNDER my hand and seal of office this ___ day of June 2022.



Notary Public, in and for the State of Texas

JAMES D. BUTCHER

STATE OF TEXAS                     §

COUNTY OF HARRIS                    §

BEFORE ME, the undersigned authority, on this day personally appeared JAMES D. BUTCHER, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he has executed the same in the capacities and for the purposes and considerations therein expressed.

GIVEN UNDER my hand and seal of office this ___ day of June 2022.

Notary Public, in and for the State of Texas

3 | P a g e

JC LION 000039

RP-2022-405871

# Pages 4

08/08/2022 01:45 PM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

TENESHIA HUDSPETH

COUNTY CLERK

Fees   $26.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS

6/15/2023 6:04 AM
Marilyn Burgess - District Clerk Harris County
Envelope No, 76637817
By: DANIELLE JIMENEZ
Filed: 6/15/2023 6:04 AM

PL EX A-9

EXHIBIT "B"

## CAUSE NO. 2012–49874-A

| | | |
|---|---|---|
| **CHARLES DAVID YOUNG, JR.,** | § | IN   THE   DISTRICT   COURT |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | OF HARRIS COUNTY  TEXAS |
| | § | |
| **JAMES DOUG BUTCHER and** | § | |
| **WILLIAM E. BERGER,** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | 80th   JUDICIAL   DISTRICT |

## NOTICE OF ASSIGNMENT OF JUDGMENT

MARGARET MCCARTY YOUNG ("Assignor") and MICHAEL ALLEN FRANKLIN ("Assignee"), bring this *Notice of Assignment of Judgment.*

**PLEASE TAKE NOTICE THAT:**

On January 14, 2014 in this matter, Charles David Young, Jr. obtained a judgment from the Court against James Doug Butcher in the amount of One Hundred Seventy Thousand and No/100 Dollars ($170,000.00) together with interest, and was awarded attorney's fees in the amount of Ten Thousand and No/100 Dollars ($10,000.00) and court costs in the amount of Two Hundred Twenty-Seven Dollars ($227.00) (the "Judgment").

Charles David Young, Jr. died on September 1, 2019, and his Last Will and Testament, dated June 27, 2014 ("Will"), was admitted to probate in the Probate Court of Galveston County, Texas in Cause No. PR-0079994 on October 31, 2019.

Assignor, as the primary beneficiary of the Estate of Charles David Young, Jr., had transferrable legal rights in and to the Judgment, and Assignor and Assignee have entered into an Assignment for the transfer of all of Assignor's legal rights, title and interest in this matter.

1

US_Active\114459552\V-1

Pursuant to the *Assignment of Judgment* executed by and between Assignor and Assignee on May 1, 2023 (the "Assignment"), (a true and correct copy of which is attached as **Exhibit 1-A hereto**),[1] Assignee purchased rights to the Judgment and Assignor fully assigned "all of her rights, title and interest in" this case and Claims, including the Judgment, to Assignee. *See* Tex. Prop. Code Ann. § 12.014 ("A judgment or part of a judgment of a court of record or an interest in a cause of action on which suit has been filed may be sold, regardless of whether the judgment or cause of action is assignable in law or equity, if the transfer is in writing.").

Under the Assignment, Assignor intended to and did fully and finally transfer all of her interest in this case, its Claims, the Judgment and the liens resulting therefrom to Assignee.

Because Assignor and Assignee have exercised their rights to enter into the Assignment of the Judgment and the transfer of all Assignor's interest in this case, Assignor is no longer a proper party, and all persons should be on notice that the holder of the Judgment and real party in interest here is Assignee.

Respectfully submitted,

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: ___*/s/ Cavyn D. Sanders*_____
        Cavyn D. Sanders
        State Bar No. 24073384
        Abby K. Newton
        State Bar No. 24116822
        24 Greenway Plaza, Suite 2050
        Houston, Texas 77046
        Telephone: (713) 961-9045
        Facsimile: (713) 961-5341
        Email: csanders@wkpz.com
                anewton@wkpz.com

        ATTORNEYS FOR MARGARET
        MCARTY YOUNG

---

[1] Attached as **Exhibit 1** hereto is the *Affidavit* of Assignor.

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that a true and correct copy of the foregoing instrument was served on all parties and counsel via mail, email and/or e-service on the following date: June 15, 2023.


            *_/s/ Abby K. Newton_*
            ABBY K. NEWTON

# EXHIBIT 1

### CAUSE NO. 2012-49874-A

| | | |
|---|---|---|
| **CHARLES DAVID YOUNG, JR.,** | § | IN   THE   DISTRICT   COURT |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | OF HARRIS COUNTY  TEXAS |
| | § | |
| **JAMES DOUG BUTCHER** and | § | |
| **WILLIAM E. BERGER,** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | 80th   JUDICIAL   DISTRICT |

### AFFIDAVIT OF MARGARET MCCARTY YOUNG

Before me, the undersigned authority, on this day personally appeared Margaret McCarty Young, who after being duly sworn, testified as follows:

"My name is Margaret McCarty Young. I am over the age of 21 years, and have never convicted of a crime involving moral turpitude. I make this statement in support of the *Notice of Assignment of Judgment* (the "Notice").[2] I have personal knowledge of each and every fact stated in this affidavit and same are true and correct.

Attached hereto as Exhibit A is a true and correct copy of the Assignment I signed.

Under the Assignment, I, as Assignor, intended to and did fully and finally transfer all of my interest in the above-captioned case, its Claims, the Judgment and judgment liens to MICHAEL ALLEN FRANKLIN, as Assignee.

Further affiant sayeth not."

_Margaret McCarty Young_
Margaret McCarty Young

Before me, the undersigned Notary Public, on this _1st_ day of _May_, 2023, personally appeared Margaret McCarty Young, Individually, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the purposes therein expressed.

L DANIELLE TAYLOR
Notary Public
STATE OF TEXAS
My Comm. Exp. 12-16-24
Notary ID # 13093314-1

_A. Danielle Taylor_
Signature of Notary Public

[2] All capitalized terms, unless otherwise defined herein, shall have the same meaning as in the Notice.

4

# EXHIBIT 1-A

US_Active\114459552\V-1

## ASSIGNMENT OF JUDGMENT

**THIS ASSIGNMENT** ("Assignment") is made this date as shown, by and between MARGARET MCCARTY YOUNG, Individually ("Assignor"), and MICHAEL ALLEN FRANKLIN ("Assignee") (together, the "Parties").

**WHEREAS**, Charles David Young, Jr. obtained a judgment and attorney's fees award against James Doug Butcher in the 80th Judicial District Court of Harris County, Texas in Case No. 2012-49874-A, as reflected in that *Final Summary Judgment* signed by the court on January 14, 2014 ("Judgment"); and

**WHEREAS**, Charles David Young, Jr. died on September 1, 2019, and his Last Will and Testament, dated June 27, 2014 ("Will"), was admitted to probate in the Probate Court of Galveston County, Texas in Cause No. PR-0079994 on October 31, 2019.

**WHEREAS**, in his Will, Charles David Young, Jr. devised and bequeathed "all the rest and residue of [his] estate" (other than a $2,000.00 bequest to his son) to his wife, Assignor.

**WHEREAS**, the Inventory of Charles David Young, Jr.'s Estate, filed with the Probate Court of Galveston County, Texas in Cause No. PR-0079994 on April 27, 2020, reflects that the Judgment remains a claim that is owed to the Estate.

**WHEREAS**, Assignor, as the beneficiary of the Estate of Charles David Young, Jr., accordingly has transferrable legal rights in and to Cause No. 2012-49874-A in the 80th Judicial District Court of Harris County, Texas, and Assignor and Assignee have entered into this Assignment for the transfer of all of Assignor's legal rights, title and interest in said case.

**NOW, THEREFORE**, in consideration of the representations contained herein and the sum of Ten Dollars ($10.00) paid by Assignee to Assignor, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor does hereby sell, assign, transfer, pledge, and convey to Assignee all of her rights, title, interest, and claims in and to Cause No. 2012-49874-A in the 80th Judicial District Court of Harris County, Texas, including, but not limited to, the Final Judgment contained therein, together with all monies now owing, that may hereinafter become due or owing, or collected, and the ability to fully substitute Assignee as plaintiff therein and maintain the action.

US_Active\144459552\V-1

IN WITNESS WHEREOF the undersigned has executed this Assignment on the day and year first written below.

_____
MARGARET MCCARTY YOUNG

Before me, the undersigned Notary Public, on this _1st_ day of _MAY_____, 2023, personally appeared Margaret McCarty Young, Individually, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the purposes therein expressed.

_____
Notary Public, State of Texas

L DANIELLE TAYLOR
Notary Public
STATE OF TEXAS
My Comm. Exp. 12-16-24
Notary ID # 13093314-1

Accepted:

_____
MICHAEL ALLEN FRANKLIN
Date: __5/4/23__

US_Active\114459552\V-1

PL EX A-10



# OFFICE OF STAN STANART
## COUNTY CLERK, HARRIS COUNTY, TEXAS

C93050
02/10/2014 CLEARLAKE
$16.00  ASSUMED

### ASSUMED NAME RECORDS
### CERTIFICATE OF OWNERSHIP FOR
### UNINCORPORATED BUSINESS OR PROFESSION

[A beginning character other than a letter or a number, or the last portion of a name that exceeds 57 characters, will not be reflected in the indices. Please print legibly.]

NAME IN WHICH BUSINESS IS OR WILL BE CONDUCTED: _____

JC LION PROPERTIES

BUSINESS ADDRESS  480 KIRBY DRIVE

CITY TAYLOR LAKE VILLAGE _____ STATE TX _____ ZIP 77586

PERIOD (not to exceed 10 years) DURING WHICH ASSUMED NAME WILL BE USED: 10

BUSINESS IS TO BE CONDUCTED AS (*Check One*): ☒ Sole Proprietorship ☐ Sole Practitioner ☐ Other_____

☐ General Partnership  ☐ Joint Venture  ☐ Joint Stock Company  ☐ Real Estate Investment Trust

I/We, the undersigned, am/are the owner(s) of the above business and my/our name(s) and address(es) given is/are true and correct, and there is/are no ownership(s) in said business other than those listed below.

-NAMES OF OWNERS-

NAME BUTCHER, LEONIDA LIMAS                    SIGNATURE _____
     (print or type)
Residence Address  480 KIRBY DRIVE

City: TAYLOR LAKE VILLAGE _____ State: TX _____ Zip: 77586

NAME _____               SIGNATURE _____
     (print or type)
Residence Address _____

City: _____ State: _____ Zip: _____

NAME _____               SIGNATURE _____
     (print or type)
Residence Address _____

City: _____ State: _____ Zip: _____

If this instrument is executed by an attorney-in-fact, the attorney-in-fact hereby states that s/he/they has/have been duly authorized in writing by his/her principal to execute and acknowledge the same.

THE STATE OF TEXAS          §
COUNTY OF HARRIS            §

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared _____

BUTCHER, LEONIDA LIMAS

_____

_____

known to me to be the person(s) whose name(s) is/are subscribed to the foregoing instrument and acknowledged to me that s/he/they is/are the owner(s) of the above named business and that s/he/they signed the same for the purpose and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, on  February 10, 2014

(Seal)

_____
Deputy County Clerk / Notary Public in and for the State of Texas

Summer Lea Willette

P.O. Box 1525 ● Houston, TX 77251-1525 ● 713-755-6411
www.cclerk.hctx.net

Form No. D-02-07 (Rev; 01/01/2011)

UNOFFICIAL COPY

PL EX A-11

Filed 13 September 09 P5:04
Chris Daniel - District Clerk
Harris County
ED101J017702917
By: john scott

# EXHIBIT "F"

P-2 (7)

## CAUSE NO. 2012-49874-A

| | | |
|---|---|---|
| **CHARLES DAVID YOUNG, JR.,** | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | OF HARRIS COUNTY TEXAS |
| | § | |
| **JAMES DOUG BUTCHER and** | § | |
| **WILLIAM E. BERGER,** | § | ATFEX |
| | § | |
| | § | |
| **Defendants.** | § | 80th JUDICIAL DISTRICT |

### SUMMARY JUDGMENT

On this date, the Court considered the motion for summary judgment filed by Plaintiff

CHARLES DAVID YOUNG, JR. against Defendant JAMES DOUG BUTCHER.  After

considering the motion, any timely filed response, and the summary judgment evidence, this

Court finds that the motion should be, and hereby is, GRANTED.  It is therefore,

. ORDERED, ADJUDGED and DECREED that Plaintiff CHARLES DAVID YOUNG,

JR. have and recover from Defendant JAMES DOUG BUTCHER the sum of $170,000.00,

together with interest thereon at the rate of 8% from June 1, 2010 until ~~paid~~. It is further, *January 24, 2014 and*

*5% from January 24, 2014 until paid, as post-judgment interest*

ORDERED, ADJUDGED and DECREED that CHARLES DAVID YOUNG, JR. have

and recover from Defendant JAMES DOUG BUTCHER its reasonable and necessary attorneys'

fees in the amount of TEN THOUSAND AND NO/100 DOLLARS ($10,000.00), together with

conditional awards for attorneys' fees as follows: to the Court of Appeals, Three Thousand and

No/100 Dollars ($3,000.00); Writ of Error to the Supreme Court of Texas, Three Thousand and

No/100 Dollars ($3,000.00); Writ of Error granted by the Supreme Court of Texas, Three

Thousand and No/100 Dollars ($3,000.00).  It is further,

ORDERED, ADJUDGED and DECREED that all costs of court shall be charged against

{YOU009/00001/0767838 DOC.2/ARK }

Certified Document Number: 59373995 - Page 1 of 2

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Defendant JAMES DOUG BUTCHER.  It is further,

ORDERED, ADJUDGED and DECREED that all writs of execution and other writs as may be necessary shall issue in order to fully enforce the terms and provisions of this judgment.

SIGNED this the 24th day of January, 2014.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUSBSTANCE:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: _____
JEREMY A. ROBERTS
State Bar No. 24083742
11 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone:   (713) 961-9045
Facsimile:   (713) 961-5341

ATTORNEYS FOR PLAINTIFF

{YOU009/00001/0767838.DOC,2/ARK }                    - 8 -



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 12, 2023

Certified Document Number:        59373995 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

PL EX A-12

20140239745
06/04/2014  RP1  $16.00

## ABSTRACT OF JUDGMENT

### CAUSE NO. 2012-49874-A

### RECEIPT NO. 47276

| | |
|---|---|
| **CHARLES DAVID YOUNG, JR.** | **IN THE DISTRICT COURT** |
| **VS.** | **OF HARRIS COUNTY, TEXAS** |
| **JAMES DOUG BUTCHER and WILLIAM E. BERGER** | **80TH JUDICIAL DISTRICT** |

I, CHRIS DANIEL, DISTRICT CLERK of Harris County, Texas, do hereby certify that the following and foregoing is

a true and correct Abstract of the Judgment rendered in the 80TH DISTRICT COURT on the 24TH day of JANUARY, 2014 in Cause

No. 2012-49874-A  in favor of CHARLES DAVID YOUNG, JR., Judgment Creditor(s), in Judgment, vs.

| JUDGMENT DEBTOR(S) | DOB | TDL | SS# |
|---|---|---|---|
| **JAMES DOUG BUTCHER**<br>480 KIRBY RD<br>SEABROOK TX 77586 and/or<br>2514 PEREZ RD<br>PASADENA TX 77502 | UNKNOWN | UNKNOWN | UNKNOWN |

Judgment debtor(s) in said Judgment, as appears of record in my office in Image No. 59373995 for the 80TH Judicial District Court of
Harris County, Texas.

| | |
|---|---|
| Amount of Judgment: | $170,000.00, together with interest at 8% from June 1, 2010 until January 24, 2014; |
| Amount of Attorney Fees: | TEN THOUSAND AND NO/100 DOLLARS ($10,000.00), together with conditional awards for attorneys' fees as follows: to the Court of Appeals, Three Thousand and No/100 Dollars ($3,000.00); Writ of Error to the Supreme Court of Texas, Three Thousand and No/100 Dollars; Writ of Error granted by the Supreme Court of Texas, Three Thousand and No/100 Dollars ($3,000.00); |
| Rate of Interest: | 5% from January 24, 2014 until paid, as postjudgment interest; |
| Amount of Cost: | Plaintiff's Recoverable Costs: $227.00; |
| Amount of Credits: | None; |
| Amount Due: | Full Amount; |

Given under my hand and seal of said Court at Houston, Texas this 30th day of MAY, 2014, A.D.

Issued at the request of:
JEREMY A ROBERTS
WEYCER KAPLAN PULASKI & ZUBER PC
11 GREENWAY PLAZA STE 1400
HOUSTON TX 77046

Bar No.: 24083742

CHRIS DANIEL District Clerk
HARRIS COUNTY, T E X A S

BY_____, Deputy
CRYSTAL LOPEZ

**Judgment Creditor(s) Address:**
11 GREENWAY PLAZA STE 1400
HOUSTON TX 77046

PJ-21   R11-12-90

UNOFFICIAL COPY

RP 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



FILED

2014 JUN -4 PM 2:02

COUNTY CLERK
HARRIS COUNTY, TEXAS

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL OR USE OF THE DESCRIBED REAL
PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time
stamped hereon by me; and was duly RECORDED, in the Official Public Records of Real Property of Harris
County, Texas

JUN - 4 2014



Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS

PL EX A-7   and PL EX A-13

**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**

C   65432

04/10/02  800059012      $12.00
Issued Name

OFFICE OF BEVERLY B. KAUFMAN, COUNTY CLERK, HARRIS COUNTY, TEXAS
P.O. BOX 1525 - HOUSTON, TEXAS 77251-1525

**ASSUMED NAME RECORDS**
**CERTIFICATE OF OWNERSHIP FOR**
**UNINCORPORATED BUSINESS OR PROFESSION**

**FILED**

2002 APR 10  AM II: 20

*Beverly B. Kaufman*
COUNTY CLERK

NOTICE
A CERTIFICATE OF OWNERSHIP IS VALID ONLY FOR A PERIOD NOT
TO EXCEED 10 YEARS FROM THE DATE FILED IN THE COUNTY CLERK'S OFFICE
(Chapter 36 of the Texas Business and Commerce Code)

[A beginning character other than a letter or a number, or the last portion of a name that exceeds 57 characters, will not be reflected in the indices. Please print legibly.]

NAME IN WHICH BUSINESS IS OR WILL BE CONDUCTED: _J C LEON PROPERTIES_

BUSINESS ADDRESS _17250 El CAMINO REAL_

CITY _HOUSTON_     STATE _TX_     ZIP _77058_

PERIOD (not to exceed 10 years) DURING WHICH ASSUMED NAME WILL BE USED: _10 YEARS_

BUSINESS IS TO BE CONDUCTED AS (Check One): ☑ Proprietorship ☐ Sole Practitioner ☐ Other_____
☐ General Partnership  ☐ Joint Venture  ☐ Joint Stock Company  ☐ Real Estate Investment Trust

I/We, the undersigned, am/are the owner(s) of the above business and my/our name(s) and address(es) given is/are true and correct, and there is/are no ownership(s) in said business other than those listed below.

-NAMES OF OWNERS-

NAME      LEONIDA LIMAS BUTCHER        SIGNATURE
(print or type)
Residence Address     480 KIRBY RD

City: _TAYLOR LAKE VILLAGE_     State: _TEXAS_     Zip: _77586_

NAME     JAMES DOUGLAS BUTCHER      SIGNATURE
(print or type)
Residence Address     480 KIRBY RD

City: _TAYLOR LAKE VILLAGE_     State: _TEXAS_     Zip: _77586_

NAME      JIMMY LEE BUTCHER        SIGNATURE
(print or type)
Residence Address     480 KIRBY DR

City: _SEABROOK_     State: _TEXAS_     Zip: _77586_

If this instrument is executed by an attorney-in-fact, the attorney-in-fact hereby states that s/he/they has/have been duly authorized in writing by his/her principal to execute and acknowledge the same.

THE STATE OF TEXAS §
COUNTY OF HARRIS   §

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared _____

LEONIDA LIMAS BUTCHER & JAMES DOUGLAS BUTCHER &

JIMMY LEE BUTCHER

known to me to be the person(s) whose name(s) is/are subscribed to the foregoing instrument and acknowledged to me that s/he/they is/are the owner(s) of the above named business and that s/he/they signed the same for the purpose and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, on _____     APRIL 10, 2002_____

(Seal)

*Billy Gilbert*
Deputy County Clerk / _____

BILLY GILBERT

Form No. D-02-07 (Rev. 11/98)

UNOFFICIAL COPY